# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA ALLEN, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY SERVICES LLC a/k/a AT&T MOBILITY LLC, <br><br> Defendants. | Civil No. 1:18-cv-3730-WMR |

## ORDER GRANTING AMENDED JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

The parties filed their Joint Preliminary Report and Discovery Plan with this Court on March 21, 2019 [Doc 34] and the Amended Joint Preliminary Report and Discovery Plan on May 17, 2019 [Doc 45].

The Court hereby denies as moot the original Joint Preliminary Report and Discovery Plan [Doc 34] and GRANTS the Amended Joint Preliminary Report and Discovery Plan [Doc 45] by entering the following deadlines:

In light of the complexities of this case, the parties request for a discovery period of six (6) months for non-expert fact discovery before undertaking class certification briefing and expert discovery is granted. If the parties anticipate that additional time beyond that allowed by the assigned discovery track will be needed to complete discovery or that discovery should be conducted in phases or be limited to or focused upon particular issues, those are detailed below:

| Event | Deadline/Date |
| --- | --- |
| File Joint Preliminary Statement & Discovery Plan | On or before March 21, 2019 |
| File Stipulated Proposed Protective Order | April 1, 2019 |
| File Stipulated Proposed ESI Protocol | April 1, 2019 |
| Fact discovery commences: Depositions shall proceed concurrently with no party having priority. | March 21, 2019 |
| Parties meet and confer regarding structured databases, custodians, search terms, and a production protocol | To begin within 14 days of delivery of service of RFPs |

| | |
|---|---|
| Substantial completion of production of structured databases (HR, attendance, etc.) | July 16, 2019 |
| Rolling production of documents in response to requests for production shall begin | May 20, 2019, but no sooner than required by the Federal Rules of Civil Procedure. |
| Add any additional parties and/or amend pleadings | June 14, 2019 |
| Privilege logs shall be provided on a rolling basis | Beginning June 24, 2019 |
| Substantial completion of document discovery | September 27, 2019 |
| All privilege logs associated with documents produced by substantial completion deadline shall be produced | No later than October 16, 2019 |
| Fact discovery ends | November 29, 2019 |
| Plaintiff's motion for class certification & disclosure of experts and opinions on which she relies in her motion | January 17, 2020 |
| Completion of deposition of Plaintiff's expert(s) | No later than February 18, 2020 |
| Defendant's response to class certification motion & disclosure of experts and opinions on which it relies in its response | March 30, 2020 |
| Completion of deposition of Defendant's expert(s) | No later than April 29, 2020 |
| Plaintiff's reply in support of class certification & disclosure of experts and opinions on which she relies in her reply | May 29, 2020 |
| Parties meet and confer to develop proposed scheduling order and discovery plan for the remainder of the proceedings | Within 10 days of the court's ruling on Plaintiff's motion for class certification |

IT IS SO ORDERED, this 22nd day of May, 2019.

_____
The Honorable William M. Ray, II,
UNITED STATES DISTRICT JUDGE