# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA ALLEN and KRISTINE WEBB, | ) ) ) ) |
| Plaintiffs, | ) ) Civil No. 1:18-cv-3730-WMR |
| v. | ) ) |
| AT&T MOBILITY SERVICES LLC, | ) ) |
| Defendant. | ) ) |

## ORDER

It is hereby ORDERED that the Joint Motion to Extend the Fact Discovery Plan Deadlines and Expert Discovery Deadlines is GRANTED by entering the following revised deadlines:

| Event | New Deadline/Date |
|---|---|
| Completion of production of documents in response to requests for production | January 31, 2020 |
| Completion of production of structured databases (HR, attendance, etc.) | January 31, 2020 |
| Fact discovery ends | March 31, 2020 |
| Plaintiffs' motion for class certification & disclosure of experts and opinions on which they rely in their motion | May 19, 2020 |
| Completion of deposition of Plaintiffs' expert(s) | No later than June 19, 2020 |
| Defendant's response to class certification motion & disclosure of experts and opinions on which it relies in its response | July 31, 2020 |

| Event | New Deadline/Date |
|---|---|
| Completion of deposition of Defendant's expert(s) | No later than September 1, 2020 |
| Plaintiffs' reply in support of class certification & disclosure of experts and opinions on which they rely in their reply | October 2, 2020 |
| Parties meet and confer to develop proposed scheduling order and discovery plan for the remainder of the proceedings | Within 10 days of the court's ruling on Plaintiffs' motion for class certification |

The parties are put on notice that this is an old case and this is, in essence, the second extension of applicable dates that the Court has entered at the parties' request. There will be no further extensions, and the parties must diligently work to meet these deadlines.

IT IS SO ORDERED, this 17th day of December, 2019.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE