**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CYNTHIA ALLEN and KRISTINE WEBB, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 1:18-cv-3730-WMR |
| v. | ) ) | |
| AT&T MOBILITY SERVICES LLC, | ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF JANICE F. MADDEN, Ph.D.

Defendant's Motion to Exclude the Opinions of Janice F. Madden, Ph.D. is hereby granted.

IT IS SO ORDERED, this _____ day of _____.

_____
The Honorable William M. Ray, II,
UNITED STATES DISTRICT JUDGE