# Exhibit 26

# myWorkLife & LeaveLink



© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL

DEF0002713



# MWL Home Screen



*Note: These snapshots of the MWL application may look different on a desktop.*

© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL

DEF0002714

# Selection for Request Reason & Request Date







*Note: These snapshots of the MWL application may look different on a desktop.*

© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL

DEF0002715

## Selection for Request Length




© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL                                                                                                                              DEF0002716

*Note: These snapshots of the MWL application may look different on a desktop.*



# MWL to ViaOne (Intake) for LeaveLink



**+ New Request for Leave**

Please select the reason for leave:

> Associate is sick or injured
> Bonding time with a newborn child
> Time to care for a family member
> Adoption of a child
> Placement of a foster child
> Leave related to military service
> Other reason for leave

If your time off work **does not meet** the criteria of one of the available selections, please consult with your direct supervisor



**+ New Request for Leave**

AT&T Code of Business

It is a Code of Business Conduct violation to falsify any portions of the request for Leave. Any falsification or misrepresentation of these sections by the employee will be considered a Code of Business Conduct violation that may lead to disciplinary action up to and including dismissal.

☐ I Agree to the above statement

[Continue]



© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL
DEF0002718



# Future: MWL to ViaOne (Intake) for LeaveLink





© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL

DEF0002719

# Future: Leave Detail Screens





© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL

DEF0002720

# Future: Successful Submission Screens





© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL

DEF0002721

# Future: Successful Submission Screens







DEF0002722

© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL

# Future: Successful Submission Screens






© 2016 AT&T Intellectual Property. All rights reserved. AT&T, Globe logo, Mobilizing Your World and DIRECTV are registered trademarks and service marks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners. AT&T Proprietary (Internal Use Only). Not for use or disclosure outside the AT&T companies except under written agreement.

CONFIDENTIAL

DEF0002723



DEF0002724

CONFIDENTIAL