# Exhibit 34

# Unredacted Version Filed Separately Under Seal

```
Date: 03/16/2018 11:18am          User: jenkins              Page:      1
=============================================================================
Claim Number : B625018632-0001-02                   Date Loss : 04/14/2016
Client     : 1632     - AT&T Services, Inc.
Account    : 16321056  - M1 - AT&T Mobility Services, LLC
Unit       : M1999    - M1 - AT&T Mobility Services, LLC
Claimant   : ALLEN, CYNTHIA Y
=============================================================================


---------------------------------- Note -----------------------------------

Event/Clmnt/Claim  Date       Tp Sb Examiner
-----------------  ---------- -- -- -----------------------------------------

B625018632-0001-02 06/07/2016 IT    SYS
                              What is the diagnosis? Pregnant...edd 12/5/16
                              Is there a history of any other medical
                              conditions? :none
                              Provided by? :Dr. Aaron
                              What type of treatment is being received? :
                              (including medications with the dosage and the
                              frequency and frequency of treatment)dr visits,
                              iv fluids, meds
                              Has the physician indicated a return to work
                              with restrictions can happen? :
                              If so, what are the restrictions and has the
                              department tried to match a placement? :
                              Has there been a return to work? :Yes

                              Date 06/06/2016
                              **** NOTE CREATED BY: hunters ****
                              [Time Note Created : 9:00 AM ]
----------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 CP    SYS
                              Claim Policy Number:No Excess
                              SIR for Policy:       000.00
                              [Time Note Created : 9:00 AM ]
----------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 CG    SYS
                              Claim Policy Number:No Excess
                              SIR for Policy:       000.00
                              [Time Note Created : 9:00 AM ]
----------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 IT    SYS
                              Supervisor #1
                              First Name : Kevin Last Name : Williams
                              **** NOTE CREATED BY: hunters ****
                              [Time Note Created : 9:00 AM ]
----------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 IT    SYS
                              DOCTOR #1
                              Name   : Dr. Aaron
                              **** NOTE CREATED BY: hunters ****
                              [Time Note Created : 9:00 AM ]
----------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 DE    SYS
                              Pregnant...edd 12/5/16
                              **** NOTE CREATED BY: hunters ****
                              [Time Note Created : 9:00 AM ]
----------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 DC    SYS
                              Possible Duplicate Claim (B625018632-0001-01);
```

DEF0000629

```
Date: 03/16/2018 11:18am          User: jenkins              Page:      2
=============================================================================
Claim Number : B625018632-0001-02                    Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056 - M1 - AT&T Mobility Services, LLC
Unit         : M1999    - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
=============================================================================


-------------------------------- NOTES -------------------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
-----------------  --------- -- -- --------------------------------------------

                             Warning Overridden
                             **** NOTE CREATED BY: hunters ****
                             [Time Note Created : 9:00 AM ]
----------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 IT    HUNTERS
                             Created at: 6/7/2016 8:53 AM

                             Spoke with: ee
                             Job Duties/Physical Requirements: stand, talk,
                             walk
                             Job Classification: light
                             Schedule/ Hours: 8:30a-6p
                             Do you have the same schedule each week? yes
                             If yes, capture 1 week work schedule: 8:30a-6p
                             If no, capture 2 week work schedule

                             Current Employee Status with AT&T: Active

                             Is this a request for a Job Accommodation?  N


                             Subrogation Questions:

                             1.       Is your illness or injury due to an auto
                             accident or an injury caused by a third party
                             (i.e.:  falling in a store or business place,
                             injured using machine or any other equipment?
                             no

                             If yes:
                             · Who is their insurance carrier?
                             · Who is their contact at the insurance
                             company?
                             · What is their phone number?

                             Is your condition due to military service? no
                             You may not be eligible for benefits as your
                             condition is related to your military service.

                             Is this a work-related illness/injury? no
                             Injury was reported to:  (name and phone
                             number)
                             Date injury was reported:

                             Has  w/c claim be filed for this illness/
                             injury?
                             If yes, claim #.
```

CONFIDENTIAL                                                    DEF0000630

```
Date: 03/16/2018 11:18am          User: jenkins              Page:     3
===============================================================================
Claim Number : B625018632-0001-02                    Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056 - M1 - AT&T Mobility Services, LLC
Unit         : M1999    - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
===============================================================================


----------------------------------- NOTES -----------------------------------

Event/Clmnt/Claim   Date       Tp Sb Examiner
-----------------   ---------- -- -- --------------------------------------------
```

For Kaiser Patients
Medical Records number: ee is not a kaiser
patient

To better manage the length of time in which
you may be approved disability benefits I will
need to obtain your height and weight.  This
information is needed as it may impact your
recovery period and will be used in conjunction
with other medical documentation received from
your treatment provider to determine the period
of disability benefits.




Pregnancy Complications & Pregnancies
Estimated Date of Delivery (EDD) or delivery
date: 12/5/16
Type of Delivery:

Non-Surgical/Medical
Diagnosis: Pregnant…edd 12/5/16
Last Office Visit: 5/20/16

What part(s) of your job are you able to do? ee
rtw 6/6
What changes to your workspace or job duties
could be made that would enable you to perform
part or all of your job?

Any full or partial day off due to a personal
illness within 42 calendar days of returning to
the workplace from a disability, is considered
an immediate relapse of your disability.  A
claim is labeled a relapse solely based on
attendance dates and not on the nature of your
medical condition.  You will need a pen and
paper to write, as I explain AT&T's disability
policies and procedures to you.

Sickness disability benefits begin with the 1st
calendar day of absence.
Your FDA and FDD: 5/11/16

As an employee with:
3 Years of Service,

CONFIDENTIAL                                                    DEF0000631

```
Date: 03/16/2018 11:18am          User: jenkins              Page:    4
=============================================================================
Claim Number : B625018632-0001-02                  Date Loss : 04/14/2016
Client     : 1632      - AT&T Services, Inc.
Account    : 16321056  - M1 - AT&T Mobility Services, LLC
Unit       : M1999     - M1 - AT&T Mobility Services, LLC
Claimant   : ALLEN, CYNTHIA Y
=============================================================================


--------------------------------- NOTES ---------------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
-----------------  --------- -- -- ----------------------------------------
```

                         You are eligible to receive (what remains of
                         benefits)
                         6 Weeks at your full pay and
                         20 Weeks at 60% of your pay:
                         Totaling 26 weeks of benefits as long as your
                         benefits remain approved.

                         State Disability or Workers' Compensation
                         benefits may offset your disability claim.
                         Please call the state to apply for any
                         potential benefits:

                         800-842-1718 for New York or go to
                         www.wcb.ny.gov to file your state disability on
                         line.

                         If additional information is needed, your case
                         manager will contact you and your provider
                         within 1 business day, to obtain the necessary
                         medical information.  AT&T IDSC may require
                         copies of your medical records, specifically
                         regarding the days of this period of absence.
                         Therefore, it is very important that you sign a
                         Release of Information at your doctor's office
                         to assist the Case Manager in obtaining the
                         necessary information to make a determination.

                         If we are provided enough information to
                         approve your claim, you may only receive a
                         text, email, or letter advising of your
                         approved periods and your next medical due
                         date.

                         These records may include, but are not limited
                         to:
                         Delete what is not applicable and add what is
                         appropriate but not listed
                         • Office notes/ Treatment notes
                         • Lab results/ X-rays results
                         • Hospital discharge summary
                         • Prenatal notes
                         • Operative Report
                         • Post Operative Treatment Notes
                         • Treatment Plan

                         Time off due to an approved disability MAY run
                         concurrent with FMLA time, if you are eligible
                         and entitled to Family Medical Leave (FMLA).

CONFIDENTIAL                                                      DEF0000632

```
Date: 03/16/2018 11:18am          User: jenkins            Page:    5
===============================================================================
Claim Number : B625018632-0001-02             Date Loss : 04/14/2016
Client       : 1632      - AT&T Services, Inc.
Account      : 16321056  - M1 - AT&T Mobility Services, LLC
Unit         : M1999     - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
===============================================================================

-------------------------------- NOTES --------------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
-----------------  --------- -- -- --------------------------------------------
```

Medical due date:
Your medical information is due: 6/15/16

You or your provider can fax these records:
(866) 224-4627 (Chicago/Irving)

Your time away from work is unpaid while your
disability determination from AT&T IDSC is
pending.  It is important that we receive your
medical records timely to prevent the least
disruption in pay.  Once we review your medical
records your case manager will make a
disability benefit determination.  In the event
that your claim is approved you will ordinarily
receive your disability pay on your next
regularly scheduled paycheck.

Claims without medical information supporting a
complete inability to perform your assigned job
duties by the medical due date will be denied.
So please sign a Release of Medical Information
at your provider's office to assist your Case
Manager in obtaining the necessary medical
information.

If you are working, traveling or attending
school while receiving disability benefits you
are required to notify the IDSC because this
may impact the benefits you are eligible to
receive.

Please remember to call AT&T IDSC to report any
changes or updates in your medical condition or
any return to work information and to sign a
Release of Medical information with your
provider.

For PUSH TECHNOLOGY the following questions
should be asked:

Would you like to receive claim documentation
by email or postal mail? email
If email, what email address would you like to
use? _              _          ** Your ATT
email address is not active during your
disability period. Please provide a personal
email address to receive claim updates. If you

CONFIDENTIAL

```
Date: 03/16/2018 11:18am            User: jenkins              Page:     6
===============================================================================
Claim Number : B625018632-0001-02                    Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056 - M1 - AT&T Mobility Services, LLC
Unit         : M1999    - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
===============================================================================

---------------------------------- NOTES ----------------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
-----------------  --------- -- -- ---------------------------------------------
                             elect to receive email communications, you will
                             begin to receive general claim communication
                             via your home email address provided.
                             Communications which contain more sensitive
                             information  such as those containing medical
                             information or benefit denials will not be sent
                             via email.  Do not wait for the initial packet
                             to start the process of having medical
                             information provided. This will allow you to
                             receive the Release of Information promptly so
                             you can sign and return at your earliest
                             convenience.

                             We can also text status updates regarding your
                             claim to your cell phone? Would you also like
                             to use? yes If yes - cell number
                               If yes,  Please note that standard text
                             messaging rates will apply. **Text messages may
                             be received between 9am and 8pm CST Monday-
                             Friday. The message will not have a subject
                             line and will be delivered from 30169. Do not
                             reply to text messages received from the AT&T
                             IDSC.  If you elect to receive text messages as
                             an option, you will receive text communications
                             at 2 or 3 critical points in your claim. These
                             will be sent to let you know when your claim is
                             opened, approved, or if needed, a text to
                             remind you of the medical due date on your
                             claim.  You will continue to receive all
                             regular communications by phone and regular
                             mail or email if selected in addition to our
                             texted reminders.    **Just as a reminder you
                             will receive texts or emails regarding
                             approvals or medical due dates instead of phone
                             calls, but you are welcome to give us a call if
                             you have any questions.****

                             To view your disability claim status, you have
                             access to viaOne Express (VOE) which offers
                             web-based access and self-service
                             functionality.  VOE allows you to view the
                             status of your disability claim and securely
                             communicate with your claim specialist to
                             update personal information, advise of doctor's
                             appointments, and notify of anticipated return-
                             to- work dates.  VOE is available through
                             AT&T's OneStop on the Disability Home page
                             under Employees Resources.
```

```
Date: 03/16/2018 11:18am          User: jenkins          Page:      7
========================================================================
Claim Number : B625018632-0001-02                 Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056  - M1 - AT&T Mobility Services, LLC
Unit         : M1999     - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
========================================================================

------------------------------- NOTES ----------------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
-----------------  ---------  -- -- ------------------------------------
```

AT&T has many other resources that may be of
interest or helpful to you. Visit AT&T
Onestop.web.att.com.  Resources such as
LifeCare and the AT&T Employee Assistance
Program offer support for you and your family.
LifeCare provides personalized referrals for
help with issues such as childcare, adult care,
financial, and legal concerns.  You can reach
LifeCare at 1-800-873-4636 or visit on-line at
www.lifecare.com.  Another resource is AT&T's
Employee Assistance Program (EAP) which
provides professional and confidential
assistance in areas of stress, substance abuse,
personal issues, and many other concerns.
ValueOptions is the EAP Administrator and can
be reached at 1-800-554-6701, at any time.

Feel free to contact our Service Center Team at
anytime regarding your disability benefits or
your claim.

Are there any questions that I can answer for
you now?

Thank you for calling AT&T IDSC, I sincerely
hope you are feeling better.

[Time Note Created : 9:03 AM ]
```
------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 BA   HUNTERS
                             Begins Date: 05/11/16
                             End Date: 06/05/16
                             Type: ST
                             Status: OP
                             Reason: NP

                             [Time Note Created : 9:03 AM ]
------------------------------------------------------------------------
B625018632-0001-02 06/07/2016 WK   HUNTERS
                             First Absence: 05/11/16
                             Date of Disability: 05/11/16
                             Last Day Worked: 05/10/16
                             Last Date Worked (Full/Half): yes
                             Authorized Off Work: no
                             Modified Duty Full Days: yes

                             [Time Note Created : 9:03 AM ]
------------------------------------------------------------------------
```

```
B625018632-0001-02 06/07/2016 BA    HUNTERS
                              Begins Date: 06/06/16
                              End Date: 06/06/16
                              Type: ST
                              Status: NR
                              Reason: NP

                              [Time Note Created : 9:03 AM ]
-----------------------------------------------------------------
B625018632-0001-02 06/07/2016 WK    HUNTERS
                              9:03 EE ci to report that ee RTW: 06/06/16
                              ft.fd

                              diaried cm / survey advsd

                              You may be receiving a Customer Service Survey
                              Notification by mail or email.
                              *This is your opportunity to give us your
                              opinion on how we've handled your claim. This
                              survey is confidential, so we welcome your
                              honest and direct opinion.  Please review and
                              answer the 5 questions and drop it in the mail,
                              or reply to the email.

                              [Time Note Created : 9:04 AM ]
-----------------------------------------------------------------
B625018632-0001-02 06/07/2016 U5    DIANEFT
                              No linking issues

                              EDGE Plan
                              [Time Note Created : 9:33 AM ]
-----------------------------------------------------------------
B625018632-0001-02 06/07/2016 CI    DIANEFT
                              Examiner change:  From:  nc  To:  vlatham
                              **** NOTE CREATED BY: SYS ****
                              [Time Note Created : 9:33 AM ]
-----------------------------------------------------------------
B625018632-0001-02 06/07/2016 CT    SYS
                              Subtype changed from  to NC
                              **** NOTE CREATED BY: dianeft ****
                              [Time Note Created : 9:33 AM ]
-----------------------------------------------------------------
B625018632-0001-02 06/07/2016 CM    SYS
                              To: 9177530200
                              Sent: 06/07/2016 10:22:06.107-05:00

                              Confirming receipt of Short Term Disability
                              claim #B625018632-0001-02.  A packet with
                              additional details is being sent.
                              **** NOTE CREATED BY: SYSTEM ****
                              [Time Note Created :10:22 AM ]
-----------------------------------------------------------------
B625018632-0001-02 06/07/2016 CM    SYS
                              (Rule#: 24891 Template#: 296552)
                              **** NOTE CREATED BY: SYSTEM ****
                              [Time Note Created :10:22 AM ]
-----------------------------------------------------------------
B625018632-0001-02 06/08/2016 OF    VLATHAM
                              Adjustment type - Short Term Disability
                              created. Amount:     170.00 Inception date
                              05/11/2016
                              [Time Note Created : 9:13 AM ]
-----------------------------------------------------------------
```

                                                    DEF0000636

```
B625018632-0001-02 06/08/2016 U5    VLATHAM
                              No linking issues
                              [Time Note Created : 9:14 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 ST    VLATHAM
                              Ee is eligible for benefits
                              [Time Note Created : 9:14 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 DE    VLATHAM
                              EE is not elgible for cp pay
                              [Time Note Created : 9:35 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 CN    VLATHAM
                              From: Latham, Valerie
                              Sent: Wednesday, June 08, 2016 9:19 AM
                              To: 'kw3800@att.com'
                              Subject: ALLEN, CYNTHIA
                              Y-B625018632-0001-01-PLEASE CONFIRM JOB DUTIES
                              [Time Note Created : 9:37 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 MD    VLATHAM
                              PC TO Dr. Gila Aaron 212 873 1909 to obtain
                              medical information and address RTW/TWP spoke
                              with receptionist, she would not give
                              information telephonically requested IDSC fax #
                              646 559 5606

                              Form Letter(s): IDSC Initial Physician
                              Statement
                              Created On: 06/08/16
                              [Time Note Created : 9:37 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 CM    VLATHAM
                              Pc to ee to complete IC, lvm
                              [Time Note Created : 9:38 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 AP    VLATHAM
                              Claim pending
                              f/u with ee to complete IC/rtw plans/twp
                              f/u with dept for job duties clarification
                              f/u with Dr.for op note/ovn
                              f/u with md office to discuss twp
                              review meds as recd
                              [Time Note Created : 9:38 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 CN    SYS
                              1632_ATT_DS_IDSC Disability RTW Notice sent to
                              Supervisor
                               (Rule#: 22062 Template#: 254034 DCN:
                              7020160608012651) To: kw3800@att.com
                              **** NOTE CREATED BY: APPSERV ****
                              [Time Note Created :11:05 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 CN    SYS
                              1632_ATT_DS_IDSC Disability Claim Notice Email
                              sent to Supervisor (Rule#: 22062 Template#:
                              254036 DCN: 7020160608012763) To:
                              kw3800@att.com
                              **** NOTE CREATED BY: APPSERV ****
                              [Time Note Created :11:05 AM ]
------------------------------------------------------------
B625018632-0001-02 06/08/2016 AU    SYS
                              1632_NY_DS_IONC_SD_Relaspe_Mobility (A) has
```

```
================================================================
Claim Number : B625018632-0001-02              Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056 - M1 - AT&T Mobility Services, LLC
Unit         : M1999    - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
================================================================
```

```
----------------------------- NOTES -----------------------------

Event/Clmnt/Claim  Date       Tp Sb Examiner
------------------ ---------- -- -- ----------------------------------
                              been succesfully regenerated.
                              **** NOTE CREATED BY: ksimons ****
                              [Time Note Created :12:33 PM ]
------------------------------------------------------------------
B625018632-0001-02 06/08/2016 CK    SYS
                              Introductory letter mailed to worker this date
                              acknowledging receipt of claim and advising
                              claim number and SCMS contact information.
                              (Rule#: 1131 Template#: 271650 DCN:
                              7020160608027625) To:
                              **** NOTE CREATED BY: APPSERV ****
                              [Time Note Created : 2:04 PM ]
------------------------------------------------------------------
B625018632-0001-02 06/15/2016 MD    EGRAZEVI
                              MDD deferred medical rec today 6/15
                              [Time Note Created : 2:08 PM ]
------------------------------------------------------------------
B625018632-0001-02 06/15/2016 CM    EGRAZEVI
                              2nd attempt IC, left vm at          asking
                              for a call back to confirm information on
                              claim. will send call me letter
                              [Time Note Created : 2:19 PM ]
------------------------------------------------------------------
B625018632-0001-02 06/15/2016       EGRAZEVI
                              EE returning CM call for IC.  CM unavailable.
                              EE requests callback
                              **** NOTE CREATED BY: arcolema ****
                              [Time Note Created : 2:34 PM ]
------------------------------------------------------------------
B625018632-0001-02 06/15/2016 CM    SYDNEIS
                              EE ci to s/w CM. Declined assist. Cm na. EE
                              requesting rtc @
                              [Time Note Created : 2:43 PM ]
------------------------------------------------------------------
B625018632-0001-02 06/16/2016 CM    SYS
                              1632_ATT_DS_IDSC Call Me Letter sent to
                              claimant (Rule#: 22062 Template#: 253466 DCN:
                              7020160615034081)
                              **** NOTE CREATED BY: APPSERV ****
                              [Time Note Created : 4:04 PM ]
------------------------------------------------------------------
B625018632-0001-02 06/16/2016 CM    VLATHAM
                              CM CONTACT: EDD: 12/5/2016
                              -This call may be monitored for quality
                              assurance.
                              Confirmed FDA: 04/15/2016
                              Job Title: retail sales
                              Job Duties: standing, assisting customers
```

CONFIDENTIAL                                               DEF0000638

```
Date: 03/16/2018 11:18am          User: jenkins              Page:    11
==============================================================================
Claim Number : B625018632-0001-02               Date Loss : 04/14/2016
Client      : 1632     - AT&T Services, Inc.
Account     : 16321056 - M1 - AT&T Mobility Services, LLC
Unit        : M1999    - M1 - AT&T Mobility Services, LLC
Claimant    : ALLEN, CYNTHIA Y
==============================================================================


---------------------------------- NOTES -----------------------------------

Event/Clmnt/Claim  Date       Tp Sb Examiner
-----------------  ---------- -- -- ----------------------------------------
                             Classification: moderate
                             Sched Wrk Hrs:   8:30-6
                             Dx: Hyperemesis, Gravidarum
                             Trmt plan: IV ER 04/14, 4/26-ER, 05/13-ER
                             Hospitalized:  no
                             NOV:  06/16
                             ERTW:  n/a
                             MD name and number: address book updated
                             Medical due date: n/a
                             CP PAY: n/a
                             TRAVELING NOT PERMITTED WHILE ON SD
                             BASED ON YEARS OF SERVICE:
                             3 Years of Service,
                             You are eligible to receive:
                             6 Weeks at your full pay and
                             20 Weeks at 60% of your pay:
                             Totaling 26 weeks of benefits as long as your
                             benefits remain approved.
                             -May AT&T IDSC leave confidential information
                             regarding your claim on a VM yes
                             -Do you have an open WC claim that you are
                             receiving payments from?-no
                             Information needed from the Treating provider
                             are: OVN/any dx test done such as MRI, any lab
                             work, X-ray etc that will support complete
                             incapacity.  Medical notes need to provide
                             detailed observed findings which is the
                             findings the doctor observes in a patient while
                             they doing a physical exam or when you sitting
                             in the office, (e.g someone who has difficulty
                             breathing, the exam should show abnormal lung
                             exam)
                             [Time Note Created : 4:16 PM ]
--------------------------------------------------------------------------
B625018632-0001-02 06/16/2016 MD    VLATHAM
                             DCN: 5220160615002644, recd via fax on
                             06/15/2016 containe copy of lab report from
                             dos: 05/13/2016


                             DCN: 5220160615002580, recd via fax on
                             06/15/2016 containd cop of lab report from dos:
                             04/27/2016


                             DCN: 5220160615002504 recd via fax on
                             06/15/2016 contained copy fax cover sheet only
```

CONFIDENTIAL                                                              DEF0000639

```
================================================================================
Claim Number : B625018632-0001-02                        Date Loss : 04/14/2016
Client       : 1632      - AT&T Services, Inc.
Account      : 16321056  - M1 - AT&T Mobility Services, LLC
Unit         : M1999     - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
================================================================================
```

```
--------------------------------- NOTES ---------------------------------------
```

```
Event/Clmnt/Claim  Date       Tp Sb Examiner
-----------------  ---------  -- -- -----------------------------------------
```

                   04/27

                   05/13

                   A/P: no objective findings Ds recommends PA/lab
                   work only
                   [Time Note Created : 4:21 PM ]
```
--------------------------------------------------------------------------------
```
B625018632-0001-02 06/17/2016 CM   EGRAZEVI
                   Called EE, straight to vm twice.
                   [Time Note Created : 9:02 AM ]
```
--------------------------------------------------------------------------------
```
B625018632-0001-02 06/21/2016 MD   VLATHAM
                   DCN:
                   5220160617021442
                   RECEIPT DATE:
                   6/17/2016 aps, signed roi from Dr. gila aaron

                   dx: hypermesis 021.0

                   dates of illness 04/20

                   seen in ER

                   objective findings: weight loss, vomitting

CONFIDENTIAL                                                  DEF0000640

```
Date: 03/16/2018 11:18am          User: jenkins              Page:    13
==============================================================================
Claim Number : B625018632-0001-02                    Date Loss : 04/14/2016
Client       : 1632      - AT&T Services, Inc.
Account      : 16321056  - M1 - AT&T Mobility Services, LLC
Unit         : M1999     - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
==============================================================================


---------------------------------- NOTES ----------------------------------

Event/Clmnt/Claim  Date       Tp Sb Examiner
-----------------  ---------- -- -- ----------------------------------------


                   NOV: 06/17/2016

                   improved by 05/09/2016

                   DDG:O21.0  Mild hyperemesis gravidarum
                   Return-To-Work "Best Practice" Guidelines
                   Without hospitalization: 0 days
                   avail medical not supporting est ddg.

                   rationale:
                   Ee is a 26 year old RETAIL SALES CO(moderate
                   avail medical does not support the entire time
                   away from performing standing, assisting
                   customer, talking and typing, EE was seen in ER
                   room was expected to improve by 05/09/2016, md
                   suggest weight loss due to hyperemesis, no
                   weight description provided.

                   lab work
                   DCN: 5220160615002580, recd via fax on
                   06/15/2016 contain cop of lab report from dos:
                   04/27/2016
                   does show abnormality,
                   Ds recommends PA

                   [Time Note Created :10:06 AM ]
-----------------------------------------------------------------------------
B625018632-0001-02 06/21/2016 NT    FOODYJ
                   EE seen in the ER 4/27/2016 and 5/13/2016 d/t
                   hyperemesis gravidarem.
                   labs work done. Aps dated 6/17/2016 indicates
                   ee was unable to work d/t hyperemesis
                   gravidarem. Objective findings include weight
                   loss and vomitting. Please process Obgyn PA.
                   Medical does not substantiate ee's inability to
                   perform her occupational job duties from
                   5/11/2016- 6/05/2016. On the days the EE went
                   to the ER, it is understandable that she would
                   have had to miss work. However, it is unclear
                   as to why she was not able to RTW the next day.
                   Medical does not support total incapacity.
                   Further clarification of ee's condition and
                   work capacity is warranted at this time.
                   [Time Note Created :10:35 AM ]
-----------------------------------------------------------------------------
B625018632-0001-02 06/21/2016 CN    MATHEWSP
                   Andrew, AM, 972-470-7537, ci re: claim status,
```

```
Date: 03/16/2018 11:18am            User: jenkins            Page:    14
================================================================================
Claim Number : B625018632-0001-02                    Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056 - M1 - AT&T Mobility Services, LLC
Unit         : M1999    - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
================================================================================


----------------------------------- NOTES --------------------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
-----------------  --------- -- -- -------------------------------------------
                             csr adv the claim is in a pending status.
                             [Time Note Created : 1:14 PM ]
--------------------------------------------------------------------------------
B625018632-0001-02 06/27/2016 CM    WMWANGI
                             Andrew, AM, 972-471-7537, ci to ck status. csr
                             adv RTW 06/06. csr also adv claim still
                             pending. caller vu.
                             [Time Note Created : 3:04 PM ]
--------------------------------------------------------------------------------
B625018632-0001-02 07/06/2016 TP    JPAULS
                             EE has light job duties of stand, talk,
                             interact with customers and light lifting. EE
                             seen in ER on 4/27 and 5/13 d/t hyperemisis
                             gavidarem and did not work from 4/20 - 5/9. EE
                             went back out of work on 5/11 and returned on
                             6/6 Does medical received support EE from
                             performing her job duties?


                             Does the medical information provided contain
                             objective findings that support ee's inability
                             to perform essential functions?


                             What are the objective observables to
                             substantiate severity and inability to perform
                             job duties?



                             Your Submission has been received! Please
                             reference 387693 as your confirmation id.
                             [Time Note Created : 9:56 AM ]
--------------------------------------------------------------------------------
B625018632-0001-02 07/13/2016 OF    VLATHAM
                             Adjustment type-Short Term Disability has
                             changed.  Amount changed from :      170.00
                             Inception date 05/11/2016
                             to amount:      0.00 Inception date 05/11/2016
                             **** NOTE CREATED BY: hreilly ****
                             [Time Note Created : 4:16 PM ]
--------------------------------------------------------------------------------
B625018632-0001-02 07/13/2016 OF    VLATHAM
                             Adjustment type-Short Term Disability has
                             changed.  Amount changed from :        0.00
                             Inception date 05/11/2016
                             to amount:      0.00 Inception date 05/11/2016
                             Expiration date 06/05/2016
```

CONFIDENTIAL                                                      DEF0000642

```
Date: 03/16/2018 11:18am          User: jenkins          Page:    15
=======================================================================
Claim Number : B625018632-0001-02              Date Loss : 04/14/2016
Client     : 1632      - AT&T Services, Inc.
Account    : 16321056  - M1 - AT&T Mobility Services, LLC
Unit       : M1999     - M1 - AT&T Mobility Services, LLC
Claimant   : ALLEN, CYNTHIA Y
=======================================================================


------------------------------ NOTES ------------------------------

Event/Clmnt/Claim  Date     Tp Sb Examiner
-----------------  -------- -- -- -----------------------------------

                   **** NOTE CREATED BY: hreilly ****
                   [Time Note Created : 4:16 PM ]
-----------------------------------------------------------------------
B625018632-0001-02 07/13/2016 OF    VLATHAM
                   Adjustment type - State Disability created.
                   Amount:    170.00 Inception date 05/11/2016
                   Expiration date 06/05/2016
                   **** NOTE CREATED BY: hreilly ****
                   [Time Note Created : 4:17 PM ]
-----------------------------------------------------------------------
B625018632-0001-02 07/13/2016 U3    HREILLY
                   updated offset type
                   [Time Note Created : 4:17 PM ]
-----------------------------------------------------------------------
B625018632-0001-02 07/14/2016 TP    BWOODS
                   DCN:5220160711019272 FAX RECEIVED:7/11/2016
                   2:53:26 PM obgyn PA

                   REFERRED BY:            Julie Pauls
                   CLIENT:                 ATT
                   REVIEW PERIOD:          5/11/2016 through forward
                   NAME:                   Cynthia Allen
                   CLAIM #:                B625018632-0001-02
                   NMR #:                  J466867.01
                   DOB:

                   DATE:                   7/11/2016

                   TELECONFERENCE #1:
                       1) TP NAME: Dr. Gila Aaron
                       2) DATE: 7/6/2016
                       3) TIME: 02:15 PM ET
                       4) PERSON SPOKEN WITH: Amanda
                       5) POSITION OF PERSON SPOKEN WITH: Other

                   SUMMARY OF CONVERSATION: I contacted the office
                   of Dr. Aaron on 7/6/16 at2:15 PM ET. I spoke to
                   an assistant named Amanda, who placed me on
                   hold for a few moments. She came back on the
                   line and stated that she would be unable to
                   answer any questions regarding this patient
                   care because they do not have a release of
                   information in order for me to talk to her or
                   the Dr. She thanked me for calling and then
                   hung up. There was no additional information
                   from the office of Dr. Aaron.

                   OBSTETRICS/GYNECOLOGY SYNOPSIS:
```

CONFIDENTIAL                                             DEF0000643

```
Date: 03/16/2018 11:18am          User: jenkins            Page:    16
========================================================================
Claim Number : B625018632-0001-02                    Date Loss : 04/14/2016
Client       : 1632      - AT&T Services, Inc.
Account      : 16321056  - M1 - AT&T Mobility Services, LLC
Unit         : M1999     - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
========================================================================

------------------------------- NOTES --------------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
-----------------  --------- -- -- --------------------------------------
```

This file is being reviewed from an OB/GYN
perspective. Ms. Allen (DOB 8/17/89) is a
Retail Sales Consultant with moderate job
duties that include standing, talking, interact
with customers, and light lifting for AT&T. The
records indicate that the patient is pregnant
with a due date of 12/5/16. The review period
for this file is 5/11/16 through forward. The
records provided for review include laboratory
tests done on 5/13/16 at Mount Sinai Roosevelt
emergency department.


                    There are two attending physician
statement provided. These were both faxed on
6/17/16 and stated that the patient was to be
off work initially from 4/20/16 through 5/8/16
for hyperemesis. The second form stated that
she was to be off work from 5/10/16 through
6/6/16. The diagnosis code was hyperemesis. The
signature was illegible. There were no other
records with any recent symptoms, physical exam
findings, or test results provided for review.

IN ANSWER TO YOUR SPECIFIC QUESTIONS:

1. Does the medical information provided
contain objective findings that support ee's
inability to perform essential functions?

No. The medical information provided for review
does not contain any abnormal objective
findings that would
support an inability to perform the essential
moderate functions of her job from 5/11/16
through forward.

2. What are the objective observables to
substantiate severity and inability to perform
job duties?

There are no objective observable findings
documented that was substantiated significant
or severe conditions or inability to perform
moderate job duties from 5/11/16 through

CONFIDENTIAL                                                  DEF0000644

```
Date: 03/16/2018 11:18am          User: jenkins          Page:    17
=================================================================
Claim Number : B625018632-0001-02               Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056 - M1 - AT&T Mobility Services, LLC
Unit         : M1999    - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
=================================================================
```

---------------------------------- NOTES ----------------------------------

Event/Clmnt/Claim   Date      Tp Sb Examiner
-----------------   --------  -- -- -------------------------------------

forward. The only records provided for this
review were from the emergency department at
Mount Sinai Roosevelt on 5/13/16 with a

_____ There were no other physical exam
findings documented.

RATIONALE:
Ms. Allen _____ is a Retail Sales
Consultant with moderate job duties that
include standing, talking, interact with
customers, and light lifting. The records
indicate that the patient is pregnant with a
due date of 12/5/16. The only records provided
for review were from the emergency department
at Mount Sinai Roosevelt on 5/13/16 with a

_____ There were no other abnormal objective
findings, significant or severe conditions, or
any complications of her pregnancy documented
to support an inability to work from 5/11/16
through forward. The attending physician
statements gave the diagnosis of hyperemesis,
but no abnormal objective findings were
documented. I contacted the office of Dr.
Aaron, and was advised by Amanda that there was
no release of information so they could not
answer any questions.

Based on the medical records provided for
review, from an OB/GYN perspective, there is no
support for an inability for this employee to
perform her normal moderate job duties from
5/11/16 through forward.

CONFLICT OF INTEREST ATTESTATION:

I certify that I do not accept compensation for
review activities that is dependent in any way
on the specific outcome of the case. To the
best of my knowledge I was not involved with
the specific episode of care prior to referral
of the case for review. I do not have a
material professional, familial, or financial
conflict of interest (financial conflict of
interest is defined as ownership interest of

CONFIDENTIAL

```
Date: 03/16/2018 11:18am            User: jenkins                Page:    18
==============================================================================
Claim Number : B625018632-0001-02                       Date Loss : 04/14/2016
Client       : 1632      - AT&T Services, Inc.
Account      : 16321056  - M1 - AT&T Mobility Services, LLC
Unit         : M1999     - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
==============================================================================

----------------------------------- NOTES ------------------------------------

Event/Clmnt/Claim  Date       Tp Sb Examiner
-----------------  ---------- -- -- -----------------------------------------
```

greater than 5%) regarding any of the
following: the referring entity; the insurance
issuer or group health plan that is the subject
of the review the covered person whose
treatment is the subject of the review and the
covered person's authorized representative, if
applicable; any officer, director or management
employee of the insurance issuer that is the
subject of the review; any group health plan
administrator, plan fiduciary, or plan
employee; the health care provider, the health
care provider's medical group or independent
practice association recommending the health
care service or treatment that is the subject
of the review; the facility at which the
recommended health care service or treatment
would be provided; or the developer or
manufacturer of the principle drug, device,
procedure or other therapy being recommended
for the covered person whose treatment is the
subject of the review.

This attestation certifies that the peer
reviewer named below has the appropriate scope
of licensure or certification that typically
manages the medical condition, procedure,
treatment, or issue under review and has
current, relevant experience and/or knowledge
to render a determination for the case under
review.

PHYSICIAN ADVISOR:

S. Peter Sakovich, M.D.
Board Certified Obstetrics/Gynecology
Licensed in State of TX #G3756

NMR CONFLICT OF INTEREST ATTESTATION:

NMR attests to the fact that there is no
conflict of interest with this review for
referring entity, benefit plan,

CONFIDENTIAL                                                    DEF0000646

```
Date: 03/16/2018 11:18am          User: jenkins           Page:    19
=================================================================
Claim Number : B625018632-0001-02              Date Loss : 04/14/2016
Client      : 1632     - AT&T Services, Inc.
Account     : 16321056 - M1 - AT&T Mobility Services, LLC
Unit        : M1999    - M1 - AT&T Mobility Services, LLC
Claimant    : ALLEN, CYNTHIA Y
=================================================================


----------------------------- NOTES -----------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
------------------ ---------- -- -- -----------------------------------
                   enrollee/consumer, attending provider,
                   facility, drug, device or procedure.  NMR
                   attests that its compensation is not dependent
                   on the specific outcome of this review or has
                   had any involvement with this case prior to
                   this referral.

                   [Time Note Created : 7:47 AM ]
-----------------------------------------------------------------
B625018632-0001-02 07/14/2016 MD    BWOODS
                   DDG:O21.0  Mild hyperemesis gravidarum
                   Return-To-Work "Best Practice" Guidelines
                   Without hospitalization: 0 days
                   avail medical not supporting est ddg post-PA

                   rationale:
                   EE is a 26 year old RETAIL SALES CO(moderate
                   avail medical does not support the entire time
                   away from performing standing, assisting
                   customer, talking and typing, EE was seen in ER
                   room was expected to improve by 05/09/2016, md
                   suggest weight loss due to hyperemesis, no
                   weight description provided.

                   Post-PA it was noted that records indicate that
                   the patient is pregnant with a due date of
                   12/5/16. The only records provided for review
                   were from the emergency department at Mount
                   Sinai Roosevelt on 5/13/16
                         ·    ·   ·        ·         ·       ·
                                                    There
                   were no other abnormal objective findings,
                   significant or severe conditions, or any
                   complications of her pregnancy documented to
                   support an inability to work from 5/11/16
                   through forward. Although ee was dx w/
                   hyperemesis there were no abnormal objective
                   findings were documented. No teleconference
                   performed dt no ROI on file. Based on PA review
                   of the medical records there is no support for
                   an inability to perform ee normal moderate job
                   duties from 5/11/16 through forward.
                   [Time Note Created : 7:47 AM ]
-----------------------------------------------------------------
B625018632-0001-02 07/14/2016 DN    BWOODS
                   bu 05/11/16 - 06/05/16, medical didn't support
                   disability post-PA
```

```
Date: 03/16/2018 11:18am            User: jenkins              Page:    20
==============================================================================
Claim Number : B625018632-0001-02                    Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056 - M1 - AT&T Mobility Services, LLC
Unit         : M1999    - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
==============================================================================


--------------------------------- NOTES --------------------------------------

Event/Clmnt/Claim  Date       Tp Sb Examiner
-----------------  ---------- -- -- ------------------------------------------
                              Post-PA it was noted that records indicate that
                              the patient is pregnant with a due date of
                              12/5/16. The only records provided for review
                              were from the emergency department at Mount
                              Sinai Roosevelt on 5/13/16 \            .
                                                         .      There
                              were no other abnormal objective findings,
                              significant or severe conditions, or any
                              complications of her pregnancy documented to
                              support an inability to work from 5/11/16
                              through forward. Although ee was dx w/
                              hyperemesis there were no abnormal objective
                              findings were documented. No teleconference
                              performed dt no ROI on file. Based on PA review
                              of the medical records there is no support for
                              an inability to perform ee normal moderate job
                              duties from 5/11/16 through forward.
                              [Time Note Created : 7:50 AM ]
------------------------------------------------------------------------------
B625018632-0001-02 07/14/2016 BA    BWOODS
                              bu 05/11/16 - 06/05/16, medical didn't support
                              disability post-PA
                              [Time Note Created : 7:52 AM ]
------------------------------------------------------------------------------
B625018632-0001-02 07/14/2016 AP    BWOODS
                              denied/pending amtl review for closure
                              bu 05/11/16 - 06/05/16, medical didn't support
                              disability post-PA
                              tt/claim updated
                              notice/letter sent, bu call made
                              diaries set to monitor erisa, 30 day amtl
                              review for closure
                              [Time Note Created : 7:52 AM ]
------------------------------------------------------------------------------
B625018632-0001-02 07/14/2016 CM    BWOODS
                              pc to EE @            , no answer/lvm to adv
                              of bu 05/11/16 - 06/05/16, medical didn't
                              support disability post-PA

                              Post-PA it was noted that records indicate that
                              the patient is pregnant with a due date of
                              12/5/16. The only records provided for review
                              were from the emergency department at Mount
                              Sinai Roosevelt on 5/13/16
                                                                    There
                              were no other abnormal objective findings,
```

CONFIDENTIAL

```
Date: 03/16/2018 11:18am          User: jenkins              Page:    21
===============================================================================
Claim Number : B625018632-0001-02               Date Loss : 04/14/2016
Client       : 1632     - AT&T Services, Inc.
Account      : 16321056  - M1 - AT&T Mobility Services, LLC
Unit         : M1999    - M1 - AT&T Mobility Services, LLC
Claimant     : ALLEN, CYNTHIA Y
===============================================================================


-------------------------------- NOTES --------------------------------

Event/Clmnt/Claim  Date      Tp Sb Examiner
-----------------  --------  -- -- -------------------------------------------
                             significant or severe conditions, or any
                             complications of pregnancy documented to
                             support an inability to work.

                             Medical provided was insuff in observable
                             findings/evidence of disability to support
                             incapacity to perform job duties

                             you will receive a denial letter in the mail
                             and you have 180 days to appeal or submit addtl
                             medical for review

                             bu notice sent to dept

                             idcs # given, ty/call ended
                             [Time Note Created : 8:01 AM ]
-------------------------------------------------------------------------------
B625018632-0001-02 07/14/2016 CN    SYS
                             1632_ATT_DS_IDSC Disability Denial Notice Email
                             sent to Supervisor
                              (Rule#: 22062 Template#: 254029 DCN:
                             7020160714004224) To: ma5101@att.com
                             **** NOTE CREATED BY: APPSERV ****
                             [Time Note Created : 9:02 AM ]
-------------------------------------------------------------------------------
B625018632-0001-02 07/14/2016 CN    SYS
                             1632_ATT_DS_IDSC Disability RTW Notice sent to
                             Supervisor
                              (Rule#: 22062 Template#: 254034 DCN:
                             7020160714030491) To: ma5101@att.com
                             **** NOTE CREATED BY: APPSERV ****
                             [Time Note Created : 2:10 PM ]
-------------------------------------------------------------------------------
B625018632-0001-02 07/15/2016 SR    SYS
                             SAC BU ltr for medical not support post pa
                             review rec/edited and forwarded for mailing
                             reg/cert mail via obc DCN 562016071516555 &
                             562016071516585
                             **** NOTE CREATED BY: hreilly ****
                             [Time Note Created : 3:03 PM ]
-------------------------------------------------------------------------------
B625018632-0001-02 07/15/2016 SR    HREILLY
                             linked correctly

                             this writer entered code in TT

                             bu and FD notices sent
```

```
Date: 03/16/2018 11:18am            User: jenkins              Page:    22
==============================================================================
Claim Number : B625018632-0001-02                      Date Loss : 04/14/2016
Client    : 1632     - AT&T Services, Inc.
Account   : 16321056  - M1 - AT&T Mobility Services, LLC
Unit      : M1999     - M1 - AT&T Mobility Services, LLC
Claimant  : ALLEN, CYNTHIA Y
==============================================================================


-------------------------------- NOTES ---------------------------------------

Event/Clmnt/Claim  Date       Tp Sb Examiner
-----------------  ---------- -- -- -----------------------------------------


                   misc screen completed for PA Review
                   [Time Note Created : 3:04 PM ]
------------------------------------------------------------------------------
B625018632-0001-02 07/18/2016 DN    BWOODS
                   letter mailed: DCN 562016071516555 &
                   562016071516585
                   [Time Note Created : 8:51 AM ]
------------------------------------------------------------------------------
B625018632-0001-02 07/18/2016 CI    HREILLY
                   Examiner change:  From: vlatham  To:  jpauls
                   **** NOTE CREATED BY: SYS ****
                   [Time Note Created :10:30 AM ]
------------------------------------------------------------------------------
B625018632-0001-02 08/15/2016 ST    JPAULS
                   no appeal received
                   no additional medical received
                   set diary to close claim
                   [Time Note Created :11:37 AM ]
------------------------------------------------------------------------------
B625018632-0001-02 08/15/2016 SR    TERESEE
                   claim denied-medical does not support

                   denial letter mailed

                   no additional mediical or appeal recevied

                   no recommendation
                   close file
                   [Time Note Created :12:08 PM ]
------------------------------------------------------------------------------
B625018632-0001-02 08/15/2016 WK    TERESEE
                   First Absence: 05/11/16
                   Date of Disability: 05/11/16
                   Last Day Worked: 05/10/16
                   Last Date Worked (Full/Half): yes
                   Authorized Off Work: no
                   Case Manager Full Duty: 06/06/16
                   Modified Duty Occupation: retail sales
                   Modified Duty Demand: L
                   Modified Duty Full Days: yes

                   [Time Note Created :12:10 PM ]
------------------------------------------------------------------------------
```

CONFIDENTIAL                                                    DEF0000650

SEDGWICK
PO Box 14626

Lexington, KY 40512-4521



7192  3249  0010  0635  2336

CYNTHIA Y. ALLEN
30 SOUTH MUNN AVE APT 17
EAST ORANGE, NJ 07018

   7/15/2016   B625018632000102   562016071516555   

8/23/2016 12:00:00 AM                    B625018632000102                    512018082304654

CONFIDENTIAL                                   DEF0000651

AT&T IDSC
PO Box 14627
Lexington, KY 40512

**AT&T Integrated Disability Service Center**
*As Administered by Sedgwick*

Phone: **866-276-2278** Fax: **866-224-4627**

sedgwick®

AT&T Integrated Disability Service Center

CYNTHIA Y. ALLEN
30 SOUTH MUNN AVE APT 17
EAST ORANGE, NJ 07018



7/15/2016     B625018632000102     562016071516555



8/23/2016 12:00:00 AM     B625018632000102     5120160823063554

CONFIDENTIAL

DEF0000652

AT&T IDSC
PO Box 14627
Lexington, KY 40512

**AT&T Integrated Disability Service Center**
*As Administered by Sedgwick*

**Phone: 866-276-2278 Fax: 866-224-4627**

sedgwick.

July 15, 2016

CYNTHIA Y. ALLEN
30 SOUTH MUNN AVE APT 17
EAST ORANGE, NJ 07018

RE:     AT&T Mobility Disability Benefits Program
        Claim Number: B625018632-0001-02

Dear Ms. ALLEN:

Please be advised that after a review of your Short-Term Disability (STD) claim, it has been determined that you do not qualify for STD benefits under the AT&T Mobility Disability Benefits Program; therefore, benefits are denied from May 11, 2016 through June 5, 2016.  This determination is based on the following Program provision(s):

The AT&T Mobility Disability Benefits Program Summary Plan Description (SPD) provides in relevant part in the section (s) titled:

**YOUR SHORT-TERM DISABILITY BENEFITS**

**When You Are Considered Disabled**
You are considered Disabled for purposes of Short-Term Disability Benefits if the Claims Administrator determines that you are Disabled. Disabled means that you are absent from Active Employment and unable to perform the duties of your Customary Job due to illness (including pregnancy) or injuries.

**DISCONTINUANCE OF BENEFITS UNDER THE PROGRAM**
Although you are otherwise eligible and may have been approved for benefits under the Program, all benefits under the Program will be denied or discontinued on the earliest day that any of the following events occur:

*   You fail to provide Medical Evidence or other information reasonably required by the Claims Administrator for purposes of administering your claim.
*   You have not established your Disability based on Medical Evidence, as determined by the Claims Administrator

Our determination to deny benefits is based on a review of labs dates May 13, 2016 received on June 15, 2016 and a form completed by Gila Aaron, MD received on June 17, 2016.





8/23/2016 12:00:00 AM                              B625018632000102                              5120160823063554

CONFIDENTIAL                                                                                          DEF0000653

The labs from Mount Sinair Roosevelt performed on May 13, 2016 noted that you tested positive for pregnancy with an expected due date of December 5, 2016. — — — — — — — — Dr. Aaron indicated that you had weight loss and vomiting.   No office visit notes were provided.

Clinical information provided and reviewed does not document a severity of your condition(s) that supports your inability to perform your occupation as a Retail Sales Consultant.

To help clarify your condition and the extent of your functional limitations your file was referred to a Physician Advisor for review.  The Physician Advisor attempted to contact Gila Aaron, MD on July 6, 2016, but was unable to speak to the provider because office staff, Amanda, noted there was no release of information on file and terminated the call.  Upon review of the available medical evidence, the Physician Advisor determined that the medical evidence provided did not include information that supported any impairment in functionality that would prevent you from performing your occupation.

For your claim to qualify for benefits, AT&T IDSC would need clear medical evidence from your current treating provider(s) of why you are not able to perform the essential duties of your occupation.  Your treating provider(s) would need to document your functional impairments as they relate to your diagnosis and provide a treatment plan that addresses plans for your return to work with or without reasonable restrictions with a reasonable duration.  This information may be included in the following:  chart or progress notes, specialist's evaluations, physical therapy notes, diagnostic test results, operative report (s), or any other clear observable medical information you feel supports your inability to perform your job duties with or without reasonable restrictions.

Please contact your supervisor to discuss possible options to cover this period of denied disability and/or future time off if you do not intend to return to work.  Options could include: Company leave of absence; FMLA or state law equivalent; job accommodation.  Questions regarding leaves of absence and other benefits may be referred to OneStop, 1-888-722-1787.

Denial of your Short-Term Disability benefits may affect your Health and Welfare benefits, including the requirement that you pay for you and/or your eligible dependents' contributions through direct payment.  If you are set up for direct billing for Health and Welfare benefits, billing notices will be sent to you each month.  For additional information regarding direct billing, access the AT&T Benefits Center Web site directly at http://resources.hewitt.com/att or call the AT&T Benefits Center at 1-877-722-0020.  AT&T Benefits Center Representatives are available between 7 a.m. and 7 p.m., Central time, Monday through Friday.

If you wish to appeal this determination, you or your authorized representative may do so by submitting a written request for review of your denied claim within 180 days after your receipt of this letter.  When requesting the review of the claim denial, please state the reason(s) you believe your claim was improperly denied.  You may also submit medical or vocational information, and any facts, data, questions or comments you deem appropriate for us to give your appeal proper consideration.  Please ensure that your appeal request is physically signed and dated.

When an appeal is requested, your claim will then be handled by the appeals department until a determination is made or you rescind your request.  In the interim, you may submit additional information for review by your disability specialist.

Enclosed is a copy of the appeal procedure and the appeal form.  In your appeal, please state the reason(s) you believe your claim should not be denied.  Your appeal and supporting documentation should be submitted to:







7/15/2016          B625018632000102          562016071516555

8/23/2016 12:00:00 AM                B625018832000102                                5120160823063554

CONFIDENTIAL          DEF0000654

AT&T IDSC Quality Review Unit
P.O. Box 14626
Lexington, KY 40512
Fax: 1-866-856-5065

You shall be provided, upon written request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claim for benefits.

Please note that your file may be supplemented after we respond to your request for relevant documents and such further information will be provided to you upon your future request(s).

You have a right to bring a lawsuit against the AT&T Umbrella Benefit Plan No. 3, under which the AT&T Mobility Disability Benefits Program is a program, under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA) for denied benefits you believe are due to you, but only after you complete the appeal process as enumerated in the enclosed appeal procedures and in the AT&T Mobility Disability Benefits Program claim procedures, and your appeal has been denied.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the AT&T Integrated Disability Service Center (IDSC) at 1-866-276-2278 Monday through Friday 7:00 a.m. – 7:00 p.m. Central Time.

Sincerely,

Valerie Latham
Disability Specialist
AT&T Integrated Disability Service Center





   7/15/2016   B625018632000102   562016071516555   

8/23/2016 12:00:00 AM                B625018632000102                                    5120160823063554

CONFIDENTIAL                                                                     DEF0000655

**AT&T IDSC Quality Review Unit Appeal Form**

To appeal the denial of your benefits, please complete this form and return it in the enclosed self addressed envelope within 180 days from your receipt of your original denial letter. If your appeal is not received within 180 days from your receipt of your original denial letter the original denial will be upheld.

**Please attach all pertinent medical information**

| Claim Number: B625018632-0001-02 | | |
|---|---|---|
| Last Name: ALLEN | First Name: CYNTHIA | Middle Initial:Y |
| Street Address 30 SOUTH MUNN AVE APT 17 | | |
| City: EAST ORANGE | State: NJ | Zip: 07018 |
| Home Phone: | Work Phone: | |

Please provide name and phone number of treating physician(s)

| Provider Name: | Phone Number |
|---|---|
| Address: | Specialty: |
| Provider Name: | Phone Number: |
| Address: | Specialty: |
| Provider Name: | Phone Number: |
| Address: | Specialty: |

Please state specifically why you are requesting an appeal of your benefits. Use the back of the form if necessary or attach a letter if additional space is needed.

**Do you have additional medical information to submit that is not attached to the form?** _____
**If yes, please submit additional medical information as soon as reasonably possible.**

Employee Certification:

I hereby certify that the information provided is complete and accurate to the best of my knowledge.

Employee Signature:_____     Date:_____

Please mail completed form in the enclosed envelope to:      AT&T IDSC Quality Review Unit
P.O. Box 14626
Lexington, KY  40512
Phone - 866-276-2278
Fax 1-866-856-5065



     7/15/2016     B625018632000102     562016071516555     

8/23/2016 12:00:00 AM          B625018632000102          5120160823063554

CONFIDENTIAL                                                                    DEF0000656

**AT&T Integrated Disability Service Center**
As Administered by Sedgwick

**Quality Review Unit**
**Appeal Procedures**

1. Decisions of the Administrator (referred to as IDSC) to deny or limit a claim for benefits may be appealed and be subject to review by the Quality Review Unit (QRU).

2. You, or your authorized representative, may appeal the IDSC decision in writing to the QRU.

3. Your written appeal letter must be mailed or faxed to the QRU and must be postmarked within 180 days after you receive the IDSC notice of denial of benefits letter.  Mail or fax your appeal to:

    AT&T IDSC Quality Review Unit
    PO Box 14626
    Lexington, KY 40512
    Phone – 866-276-2278
    Fax – 866-856-5065

4. Your appeal must be in writing and should state as clearly and specifically as possible any facts and/or reasons why you believe the IDSC decision is incorrect.  Since you have only one opportunity to appeal the denial of benefits, you should also include any new or additional medical evidence or materials in support of your appeal which you wish the QRU to consider.  Such medical evidence or materials must be submitted along with your written statement at the time you file your appeal.  If you are including medical evidence in your appeal, you or your treatment provider must submit the following:

    - A clear outline of your level of functionality
    - A description of how your level of functionality impacts your ability to work and perform your daily activities 
    - A detailed description of the treatment provider's rationale for your level of functionality
    - Clinical documentation that supports the treatment provider's rationale

    **Mental Health**
    - Findings from formal mental status examination including clinical presentation and interaction
    - Presenting signs (observations made by the treatment provider during office visits/therapy sessions)
    - Dosage of medications if used; response to medications

    **Medical Health**
    - Findings from physical examinations
    - Diagnostic test results (i.e. lab results, x rays, MRI's, etc.)
    - Dosage of medications if used; response to medications

    For additional information regarding what information your treatment provider needs to submit to support disability benefits refer to your Benefit Guide.

    **IMPORTANT NOTE:  A written or verbal notice from you or your authorized representative that you intend to appeal will not be treated as your appeal nor will it stop the 180-day period from running. Your written appeal must be received by the QRU within 180 days from the date you receive the IDSC written denial or you may lose your opportunity to have the QRU review your claim.**



7/15/2016          B625018632000102          562016071516555          

8/23/2016 12:00:00 AM                    B625018632000102                    5120160823063554

CONFIDENTIAL                                                                                      DEF0000657

5. You or your authorized representative may examine documents that bear on your claim by making a written request for the documents to the QRU. Such documents could include copies of the plan and/or SPD, medical and other records, and internal rules, guidelines, protocol or other similar criterion relied on in denying your claim.

Requests for copies of the plan and/or SPD should be made in writing to:

AT&T Services, Inc.
P.O. Box 132160
Dallas, TX 75313

Requests for copies of medical and other records, and internal rules, guidelines, protocol or other similar criterion relied on in denying your claim should be made in writing to:

AT&T Integrated Disability Service Center
P.O. Box 14627
Lexington, KY 40512

If you wish your authorized representative to receive copies of medical documents that pertain to your claim, you must first authorize release of the documents by signing and returning with your written request an authorization for release of medical information. Copies of documents you request to examine will be mailed to you or your authorized representative upon receipt of your written request (and a signed authorization for release of medical information, if applicable.)

**IMPORTANT NOTE: If you or your authorized representative wish to examine documents, you should immediately request such documents to allow yourself time for review and preparation of your written appeal within the 180-day time period.**

6. When your written appeal letter and any additional medical evidence or materials are received, the QRU will begin the appeal review. During the appeal review the QRU is not required to conduct a hearing. You or other authorized representatives are not permitted to present oral testimony. 

7. A qualified individual who was not involved in the decision to deny your initial claim will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field and who was not involved in the initial determination. The QRU may consult with, or seek the participation of, medical experts as part of your appeal resolution.

8. Unless you are notified in writing that more time is needed, the QRU will review and decide your appeal within 45 days of its receipt of your appeal. If special circumstances require more time to consider your appeal, the QRU may take up to an additional 45 days to reach a decision. If this additional time is needed, the QRU will notify you in writing by both registered and regular mail before the initial 45-day period has expired.

**IMPORTANT NOTE: You may not bring a lawsuit to recover benefits until you have filed an appeal with the QRU and either (a) you have received notice from the QRU that your claim has been denied or (b) you have received no notice from the QRU within 45 days of receipt of your appeal, or, if you were notified that an additional 45 days was needed, within 90 days of receipt of your appeal.**



7/15/2016          B625018632000102          562016071516555          

CONFIDENTIAL          DEF0000658



NIXIE       876   DE 1          0005/15/16
RETURN TO SENDER
UMC-AE MED
UNABLE TO FORWARD
BC: 405124626Z6       *0170-07364-15-36

NAN 7/22/16 CN 070183GB01700026

8/23/2016 12:00:00 AM                    B625018632000102                    5120160823063554

CONFIDENTIAL                                                    DEF0000659



AT&T IDSC
PO Box 14627
Lexington, KY 40512

**AT&T Integrated Disability Service Center**
*As Administered by Sedgwick*

**Phone: 866-276-2278  Fax: 866-224-4627**



CYNTHIA Y. ALLEN
30 SOUTH MUNN AVE APT 17
EAST ORANGE, NJ 07018



7/15/2016 12:00:00 AM

B625018832000102

58201607151 6585

CONFIDENTIAL

DEF0000660

AT&T IDSC
PO Box 14627
Lexington, KY 40512

**AT&T Integrated Disability Service Center**
*As Administered by Sedgwick*

**Phone: 866-276-2278 Fax: 866-224-4627**



July 15, 2016

CYNTHIA Y. ALLEN
30 SOUTH MUNN AVE APT 17
EAST ORANGE, NJ 07018

RE:     AT&T Mobility Disability Benefits Program
        Claim Number:  B625018632-0001-02

Dear Ms. ALLEN:

Please be advised that after a review of your Short-Term Disability (STD) claim, it has been determined that you do not qualify for STD benefits under the AT&T Mobility Disability Benefits Program; therefore, benefits are denied from May 11, 2016 through June 5, 2016.  This determination is based on the following Program provision(s):

The AT&T Mobility Disability Benefits Program Summary Plan Description (SPD) provides in relevant part in the section (s) titled:

**YOUR SHORT-TERM DISABILITY BENEFITS**

**When You Are Considered Disabled**
You are considered Disabled for purposes of Short-Term Disability Benefits if the Claims Administrator determines that you are Disabled. Disabled means that you are absent from Active Employment and unable to perform the duties of your Customary Job due to illness (including pregnancy) or injuries.

**DISCONTINUANCE OF BENEFITS UNDER THE PROGRAM**
Although you are otherwise eligible and may have been approved for benefits under the Program, all benefits under the Program will be denied or discontinued on the earliest day that any of the following events occur:

- You fail to provide Medical Evidence or other information reasonably required by the Claims Administrator for purposes of administering your claim.
- You have not established your Disability based on Medical Evidence, as determined by the Claims Administrator

Our determination to deny benefits is based on a review of labs dates May 13, 2016 received on June 15, 2016 and a form completed by Gila Aaron, MD received on June 17, 2016.



CONFIDENTIAL                                                                                                                    DEF0000661

The labs from Mount Sinair Roosevelt performed on May 13, 2016 noted that you tested positive for pregnancy with an expected due date of December 5, 2016.

Dr. Aaron indicated that you had weight loss and vomiting.   No office visit notes were provided.

Clinical information provided and reviewed does not document a severity of your condition(s) that supports your inability to perform your occupation as a Retail Sales Consultant.

To help clarify your condition and the extent of your functional limitations your file was referred to a Physician Advisor for review.  The Physician Advisor attempted to contact Gila Aaron, MD on July 6, 2016, but was unable to speak to the provider because office staff, Amanda, noted there was no release of information on file and terminated the call.  Upon review of the available medical evidence, the Physician Advisor determined that the medical evidence provided did not include information that supported any impairment in functionality that would prevent you from performing your occupation.

For your claim to qualify for benefits, AT&T IDSC would need clear medical evidence from your current treating provider(s) of why you are not able to perform the essential duties of your occupation.  Your treating provider(s) would need to document your functional impairments as they relate to your diagnosis and provide a treatment plan that addresses plans for your return to work with or without reasonable restrictions with a reasonable duration.  This information may be included in the following: chart or progress notes, specialist's evaluations, physical therapy notes, diagnostic test results, operative report (s), or any other clear observable medical information you feel supports your inability to perform your job duties with or without reasonable restrictions.

Please contact your supervisor to discuss possible options to cover this period of denied disability and/or future time off if you do not intend to return to work.  Options could include: Company leave of absence; FMLA or state law equivalent; job accommodation.  Questions regarding leaves of absence and other benefits may be referred to OneStop, 1-888-722-1787.

Denial of your Short-Term Disability benefits may affect your Health and Welfare benefits, including the requirement that you pay for you and/or your eligible dependents' contributions through direct payment.  If you are set up for direct billing for Health and Welfare benefits, billing notices will be sent to you each month.  For additional information regarding direct billing, access the AT&T Benefits Center Web site directly at http://resources.hewitt.com/att or call the AT&T Benefits Center at 1-877-722-0020.  AT&T Benefits Center Representatives are available between 7 a.m. and 7 p.m., Central time, Monday through Friday.

If you wish to appeal this determination, you or your authorized representative may do so by submitting a written request for review of your denied claim within 180 days after your receipt of this letter.  When requesting the review of the claim denial, please state the reason(s) you believe your claim was improperly denied.  You may also submit medical or vocational information, and any facts, data, questions or comments you deem appropriate for us to give your appeal proper consideration.  Please ensure that your appeal request is physically signed and dated.

When an appeal is requested, your claim will then be handled by the appeals department until a determination is made or you rescind your request.  In the interim, you may submit additional information for review by your disability specialist.

Enclosed is a copy of the appeal procedure and the appeal form.  In your appeal, please state the reason(s) you believe your claim should not be denied.  Your appeal and supporting documentation should be submitted to:



CONFIDENTIAL                                                                                        DEF0000662

AT&T IDSC Quality Review Unit
P.O. Box 14626
Lexington, KY 40512
Fax: 1-866-856-5065

You shall be provided, upon written request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claim for benefits.

Please note that your file may be supplemented after we respond to your request for relevant documents and such further information will be provided to you upon your future request(s).

You have a right to bring a lawsuit against the AT&T Umbrella Benefit Plan No. 3, under which the AT&T Mobility Disability Benefits Program is a program, under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA) for denied benefits you believe are due to you, but only after you complete the appeal process as enumerated in the enclosed appeal procedures and in the AT&T Mobility Disability Benefits Program claim procedures, and your appeal has been denied.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the AT&T Integrated Disability Service Center (IDSC) at 1-866-276-2278 Monday through Friday 7:00 a.m. – 7:00 p.m. Central Time.

Sincerely,


Valerie Latham
Disability Specialist
AT&T Integrated Disability Service Center



CONFIDENTIAL                                                                              DEF0000663

## AT&T IDSC Quality Review Unit Appeal Form

To appeal the denial of your benefits, please complete this form and return it in the enclosed self addressed envelope within 180 days from your receipt of your original denial letter. If your appeal is not received within 180 days from your receipt of your original denial letter the original denial will be upheld.

**Please attach all pertinent medical information**

| Claim Number: B625018632-0001-02 | | |
|---|---|---|
| Last Name: ALLEN | First Name: CYNTHIA | Middle Initial:Y |
| Street Address 30 SOUTH MUNN AVE APT 17 | | |
| City: EAST ORANGE | State: NJ | Zip: 07018 |
| Home Phone: | Work Phone: | |

Please provide name and phone number of treating physician(s)

| Provider Name:<br>Address: | Phone Number:<br>Specialty: |
|---|---|
| Provider Name:<br>Address: | Phone Number:<br>Specialty: |
| Provider Name:<br>Address: | Phone Number:<br>Specialty: |

Please state specifically why you are requesting an appeal of your benefits. Use the back of the form if necessary or attach a letter if additional space is needed.

|  |
|---|
|  |

**Do you have additional medical information to submit that is not attached to the form? _____**

**If yes, please submit additional medical information as soon as reasonably possible.**

Employee Certification:

I hereby certify that the information provided is complete and accurate to the best of my knowledge.

Employee Signature:_____Date:_____

Please mail completed form in the enclosed envelope to:

AT&T IDSC Quality Review Unit
P.O. Box 14626
Lexington, KY 40512
Phone - 866-276-2278
Fax 1-866-856-5065



CONFIDENTIAL                                                                                    DEF0000664

**AT&T Integrated Disability Service Center**
As Administered by Sedgwick

**Quality Review Unit**
**Appeal Procedures**

1. Decisions of the Administrator (referred to as IDSC) to deny or limit a claim for benefits may be appealed and be subject to review by the Quality Review Unit (QRU).

2. You, or your authorized representative, may appeal the IDSC decision in writing to the QRU.

3. Your written appeal letter must be mailed or faxed to the QRU and must be postmarked within 180 days after you receive the IDSC notice of denial of benefits letter.  Mail or fax your appeal to:

AT&T IDSC Quality Review Unit
PO Box 14626
Lexington, KY 40512
Phone – 866-276-2278
Fax – 866-856-5065

4. Your appeal must be in writing and should state as clearly and specifically as possible any facts and/or reasons why you believe the IDSC decision is incorrect.  Since you have only one opportunity to appeal the denial of benefits, you should also include any new or additional medical evidence or materials in support of your appeal which you wish the QRU to consider.  Such medical evidence or materials must be submitted along with your written statement at the time you file your appeal.  If you are including medical evidence in your appeal, you or your treatment provider must submit the following:

- A clear outline of your level of functionality
- A description of how your level of functionality impacts your ability to work and perform your daily activities
- A detailed description of the treatment provider's rationale for your level of functionality
- Clinical documentation that supports the treatment provider's rationale

**Mental Health**
- Findings from formal mental status examination including clinical presentation and interaction
- Presenting signs (observations made by the treatment provider during office visits/therapy sessions)
- Dosage of medications if used; response to medications

**Medical Health**
- Findings from physical examinations
- Diagnostic test results (i.e. lab results, x-rays, MRI's, etc.)
- Dosage of medications if used; response to medications

For additional information regarding what information your treatment provider needs to submit to support disability benefits refer to your Benefit Guide.

**IMPORTANT NOTE:  A written or verbal notice from you or your authorized representative that you intend to appeal will not be treated as your appeal nor will it stop the 180-day period from running. Your written appeal must be received by the QRU within 180 days from the date you receive the IDSC written denial or you may lose your opportunity to have the QRU review your claim.**



CONFIDENTIAL                                                                                      DEF0000665

5.  You or your authorized representative may examine documents that bear on your claim by making a written request for the documents to the QRU.  Such documents could include copies of the plan and/or SPD, medical and other records, and internal rules, guidelines, protocol or other similar criterion relied on in denying your claim.

    Requests for copies of the plan and/or SPD should be made in writing to:

    > AT&T Services, Inc.
    > P.O. Box 132160
    > Dallas, TX  75313

    Requests for copies of medical and other records, and internal rules, guidelines, protocol or other similar criterion relied on in denying your claim should be made in writing to:

    > AT&T Integrated Disability Service Center
    > P.O. Box 14627
    > Lexington, KY  40512

    If you wish your authorized representative to receive copies of medical documents that pertain to your claim, you must first authorize release of the documents by signing and returning with your written request an authorization for release of medical information.  Copies of documents you request to examine will be mailed to you or your authorized representative upon receipt of your written request (and a signed authorization for release of medical information, if applicable.)

    **IMPORTANT NOTE:  If you or your authorized representative wish to examine documents, you should immediately request such documents to allow yourself time for review and preparation of your written appeal within the 180-day time period.**

6.  When your written appeal letter and any additional medical evidence or materials are received, the QRU will begin the appeal review.  During the appeal review the QRU is not required to conduct a hearing.  You or other authorized representatives are not permitted to present oral testimony.

7.  A qualified individual who was not involved in the decision to deny your initial claim will be appointed to decide the appeal.  If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field and who was not involved in the initial determination. The QRU may consult with, or seek the participation of, medical experts as part of your appeal resolution.

8.  Unless you are notified in writing that more time is needed, the QRU will review and decide your appeal within 45 days of its receipt of your appeal.  If special circumstances require more time to consider your appeal, the QRU may take up to an additional 45 days to reach a decision.  If this additional time is needed, the QRU will notify you in writing by both registered and regular mail before the initial 45-day period has expired.

    **IMPORTANT NOTE:  You may not bring a lawsuit to recover benefits until you have filed an appeal with the QRU and either (a) you have received notice from the QRU that your claim has been denied or (b) you have received no notice from the QRU within 45 days of receipt of your appeal, or, if you were notified that an additional 45 days was needed, within 90 days of receipt of your appeal.**



B625018832000102

58201607151658S

CONFIDENTIAL

DEF0000666



AT&T IDSC
PO Box 14627
Lexington, KY 40512

**AT&T Integrated Disability Service Center**
*As Administered by Sedgwick*

**Phone: 866-276-2278  Fax: 866-224-4627**



CYNTHIA Y. ALLEN
30 SOUTH MUNN AVE APT 17
EAST ORANGE, NJ 07018



7/15/2016 12:00:00 AM                    B625018832000102                              582016071516555

CONFIDENTIAL                                                                                      DEF0000667

AT&T IDSC
PO Box 14627
Lexington, KY 40512

**AT&T Integrated Disability Service Center**
*As Administered by Sedgwick*

**Phone: 866-276-2278 Fax: 866-224-4627**



July 15, 2016

CYNTHIA Y. ALLEN
30 SOUTH MUNN AVE APT 17
EAST ORANGE, NJ 07018

RE:     AT&T Mobility Disability Benefits Program
        Claim Number:  B625018632-0001-02

Dear Ms. ALLEN:

Please be advised that after a review of your Short-Term Disability (STD) claim, it has been determined that you do not qualify for STD benefits under the AT&T Mobility Disability Benefits Program; therefore, benefits are denied from May 11, 2016 through June 5, 2016.  This determination is based on the following Program provision(s):

The AT&T Mobility Disability Benefits Program Summary Plan Description (SPD) provides in relevant part in the section (s) titled:

**YOUR SHORT-TERM DISABILITY BENEFITS**

> **When You Are Considered Disabled**
> You are considered Disabled for purposes of Short-Term Disability Benefits if the Claims Administrator determines that you are Disabled. Disabled means that you are absent from Active Employment and unable to perform the duties of your Customary Job due to illness (including pregnancy) or injuries.

**DISCONTINUANCE OF BENEFITS UNDER THE PROGRAM**
Although you are otherwise eligible and may have been approved for benefits under the Program, all benefits under the Program will be denied or discontinued on the earliest day that any of the following events occur:

- You fail to provide Medical Evidence or other information reasonably required by the Claims Administrator for purposes of administering your claim.
- You have not established your Disability based on Medical Evidence, as determined by the Claims Administrator

Our determination to deny benefits is based on a review of labs dates May 13, 2016 received on June 15, 2016 and a form completed by Gila Aaron, MD received on June 17, 2016.



CONFIDENTIAL                                                                                    DEF0000668

The labs from Mount Sinair Roosevelt performed on May 13, 2016 noted that you tested positive for pregnancy with an expected due date of December 5, 2016.

Dr. Aaron indicated that you had weight loss and vomiting.   No office visit notes were provided.

Clinical information provided and reviewed does not document a severity of your condition(s) that supports your inability to perform your occupation as a Retail Sales Consultant.

To help clarify your condition and the extent of your functional limitations your file was referred to a Physician Advisor for review.  The Physician Advisor attempted to contact Gila Aaron, MD on July 6, 2016, but was unable to speak to the provider because office staff, Amanda, noted there was no release of information on file and terminated the call.  Upon review of the available medical evidence, the Physician Advisor determined that the medical evidence provided did not include information that supported any impairment in functionality that would prevent you from performing your occupation.

For your claim to qualify for benefits, AT&T IDSC would need clear medical evidence from your current treating provider(s) of why you are not able to perform the essential duties of your occupation.  Your treating provider(s) would need to document your functional impairments as they relate to your diagnosis and provide a treatment plan that addresses plans for your return to work with or without reasonable restrictions with a reasonable duration.  This information may be included in the following: chart or progress notes, specialist's evaluations, physical therapy notes, diagnostic test results, operative report (s), or any other clear observable medical information you feel supports your inability to perform your job duties with or without reasonable restrictions.

Please contact your supervisor to discuss possible options to cover this period of denied disability and/or future time off if you do not intend to return to work.  Options could include: Company leave of absence; FMLA or state law equivalent; job accommodation.  Questions regarding leaves of absence and other benefits may be referred to OneStop, 1-888-722-1787.

Denial of your Short-Term Disability benefits may affect your Health and Welfare benefits, including the requirement that you pay for you and/or your eligible dependents' contributions through direct payment.  If you are set up for direct billing for Health and Welfare benefits, billing notices will be sent to you each month.  For additional information regarding direct billing, access the AT&T Benefits Center Web site directly at http://resources.hewitt.com/att or call the AT&T Benefits Center at 1-877-722-0020.  AT&T Benefits Center Representatives are available between 7 a.m. and 7 p.m., Central time, Monday through Friday.

If you wish to appeal this determination, you or your authorized representative may do so by submitting a written request for review of your denied claim within 180 days after your receipt of this letter.  When requesting the review of the claim denial, please state the reason(s) you believe your claim was improperly denied.  You may also submit medical or vocational information, and any facts, data, questions or comments you deem appropriate for us to give your appeal proper consideration.  Please ensure that your appeal request is physically signed and dated.

When an appeal is requested, your claim will then be handled by the appeals department until a determination is made or you rescind your request.  In the interim, you may submit additional information for review by your disability specialist.

Enclosed is a copy of the appeal procedure and the appeal form.  In your appeal, please state the reason(s) you believe your claim should not be denied.  Your appeal and supporting documentation should be submitted to:



CONFIDENTIAL

DEF0000669

AT&T IDSC Quality Review Unit
P.O. Box 14626
Lexington, KY 40512
Fax: 1-866-856-5065

You shall be provided, upon written request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claim for benefits.

Please note that your file may be supplemented after we respond to your request for relevant documents and such further information will be provided to you upon your future request(s).

You have a right to bring a lawsuit against the AT&T Umbrella Benefit Plan No. 3, under which the AT&T Mobility Disability Benefits Program is a program, under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA) for denied benefits you believe are due to you, but only after you complete the appeal process as enumerated in the enclosed appeal procedures and in the AT&T Mobility Disability Benefits Program claim procedures, and your appeal has been denied.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the AT&T Integrated Disability Service Center (IDSC) at 1-866-276-2278 Monday through Friday 7:00 a.m. – 7:00 p.m. Central Time.

Sincerely,


Valerie Latham
Disability Specialist
AT&T Integrated Disability Service Center



CONFIDENTIAL                                                                                                      DEF0000670

### AT&T IDSC Quality Review Unit Appeal Form

To appeal the denial of your benefits, please complete this form and return it in the enclosed self addressed envelope within 180 days from your receipt of your original denial letter.  If your appeal is not received within 180 days from your receipt of your original denial letter the original denial will be upheld.

**Please attach all pertinent medical information**

| Claim Number: B625018632-0001-02 | | |
|---|---|---|
| Last Name:  ALLEN | First Name: CYNTHIA | Middle Initial:Y |
| Street Address  30 SOUTH MUNN AVE APT 17 | | |
| City: EAST ORANGE | State:  NJ | Zip: 07018 |
| Home Phone: | Work Phone: | |

Please provide name and phone number of treating physician(s)

| Provider Name:<br>Address: | Phone Number:<br>Specialty: |
|---|---|
| Provider Name:<br>Address: | Phone Number:<br>Specialty: |
| Provider Name:<br>Address: | Phone Number:<br>Specialty: |

Please state specifically why you are requesting an appeal of your benefits.  Use the back of the form if necessary or attach a letter if additional space is needed.

|  |
|---|
|  |

**Do you have additional medical information to submit that is not attached to the form? _____**

**If yes, please submit additional medical information as soon as reasonably possible.**

Employee Certification:

I hereby certify that the information provided is complete and accurate to the best of my knowledge.

Employee Signature:_____Date:_____

Please mail completed form in the enclosed envelope to:       AT&T IDSC Quality Review Unit
P.O. Box 14626
Lexington, KY  40512
Phone - 866-276-2278
Fax 1-866-856-5065



CONFIDENTIAL                                                                                  DEF0000671

**AT&T Integrated Disability Service Center**
As Administered by Sedgwick

**Quality Review Unit**
**Appeal Procedures**

1. Decisions of the Administrator (referred to as IDSC) to deny or limit a claim for benefits may be appealed and be subject to review by the Quality Review Unit (QRU).

2. You, or your authorized representative, may appeal the IDSC decision in writing to the QRU.

3. Your written appeal letter must be mailed or faxed to the QRU and must be postmarked within 180 days after you receive the IDSC notice of denial of benefits letter. Mail or fax your appeal to:

    AT&T IDSC Quality Review Unit
    PO Box 14626
    Lexington, KY 40512
    Phone – 866-276-2278
    Fax – 866-856-5065

4. Your appeal must be in writing and should state as clearly and specifically as possible any facts and/or reasons why you believe the IDSC decision is incorrect. Since you have only one opportunity to appeal the denial of benefits, you should also include any new or additional medical evidence or materials in support of your appeal which you wish the QRU to consider. Such medical evidence or materials must be submitted along with your written statement at the time you file your appeal. If you are including medical evidence in your appeal, you or your treatment provider must submit the following:

    - A clear outline of your level of functionality
    - A description of how your level of functionality impacts your ability to work and perform your daily activities
    - A detailed description of the treatment provider's rationale for your level of functionality
    - Clinical documentation that supports the treatment provider's rationale

    **Mental Health**
    - Findings from formal mental status examination including clinical presentation and interaction
    - Presenting signs (observations made by the treatment provider during office visits/therapy sessions)
    - Dosage of medications if used; response to medications

    **Medical Health**
    - Findings from physical examinations
    - Diagnostic test results (i.e. lab results, x-rays, MRI's, etc.)
    - Dosage of medications if used; response to medications

For additional information regarding what information your treatment provider needs to submit to support disability benefits refer to your Benefit Guide.

**IMPORTANT NOTE: A written or verbal notice from you or your authorized representative that you intend to appeal will not be treated as your appeal nor will it stop the 180-day period from running. Your written appeal must be received by the QRU within 180 days from the date you receive the IDSC written denial or you may lose your opportunity to have the QRU review your claim.**



CONFIDENTIAL                                                                                          DEF0000672

5. You or your authorized representative may examine documents that bear on your claim by making a written request for the documents to the QRU. Such documents could include copies of the plan and/or SPD, medical and other records, and internal rules, guidelines, protocol or other similar criterion relied on in denying your claim.

Requests for copies of the plan and/or SPD should be made in writing to:

AT&T Services, Inc.
P.O. Box 132160
Dallas, TX 75313

Requests for copies of medical and other records, and internal rules, guidelines, protocol or other similar criterion relied on in denying your claim should be made in writing to:

AT&T Integrated Disability Service Center
P.O. Box 14627
Lexington, KY 40512

If you wish your authorized representative to receive copies of medical documents that pertain to your claim, you must first authorize release of the documents by signing and returning with your written request an authorization for release of medical information. Copies of documents you request to examine will be mailed to you or your authorized representative upon receipt of your written request (and a signed authorization for release of medical information, if applicable.)

**IMPORTANT NOTE: If you or your authorized representative wish to examine documents, you should immediately request such documents to allow yourself time for review and preparation of your written appeal within the 180-day time period.**

6. When your written appeal letter and any additional medical evidence or materials are received, the QRU will begin the appeal review. During the appeal review the QRU is not required to conduct a hearing. You or other authorized representatives are not permitted to present oral testimony.

7. A qualified individual who was not involved in the decision to deny your initial claim will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field and who was not involved in the initial determination. The QRU may consult with, or seek the participation of, medical experts as part of your appeal resolution.

8. Unless you are notified in writing that more time is needed, the QRU will review and decide your appeal within 45 days of its receipt of your appeal. If special circumstances require more time to consider your appeal, the QRU may take up to an additional 45 days to reach a decision. If this additional time is needed, the QRU will notify you in writing by both registered and regular mail before the initial 45-day period has expired.

**IMPORTANT NOTE: You may not bring a lawsuit to recover benefits until you have filed an appeal with the QRU and either (a) you have received notice from the QRU that your claim has been denied or (b) you have received no notice from the QRU within 45 days of receipt of your appeal, or, if you were notified that an additional 45 days was needed, within 90 days of receipt of your appeal.**



CONFIDENTIAL      DEF0000673

**From:** 250@SedgwickCMS.com
**Sent:** 07/14/2016 08:11:09.560
**To:** ma5101@att.com
**Subject:** IDSC Disability RTW Notice - Claim # B625018632-0001-02 / CYNTHIA Y. ALLEN

**AT&T Integrated Disability Service Center (IDSC)**
**Sedgwick Claims Management Services, Inc.**
**Phone:  1 866 276 2278 Fax: 1 866 299 4151**
**Disability RTW Notice**

**ATTENTION: ma5101@att.com**          **Date: 07/14/2016**

You are receiving this notice because you have been identified as a person in need of information regarding the absence of this Employee.  Notices are automatically generated and sent to the employee's supervisor as listed in Webphone.  If you do not handle disability issues for this employee, please forward to the appropriate person.  If Webphone is incorrect, update with the correct supervisory information.

Employee Name: CYNTHIA Y. ALLEN

Employee ID: ch0738

Employee Job Title: RETAIL SALES CONSULTANT [CWA-MOB]

Employee NCS Date: 12/10/2012

First Day Absent: 05/11/2016

First Day of Disability:

IDSC Claim #: B625018632-0001-02

**RETURN TO WORK**

- **Returned to work full time full duty date: 06/06/2016**


- Returned to work restricted date:


**Action Required:**

- Report any corrections to data in this email to the AT&T IDSC at 1-866-276-2278.


**CLAIM STATUS**

CONFIDENTIAL                                                                DEF0000674

- Disability Benefits Approved from through .

- Disability Benefits Denied (if appropriate) 05/11/2016 through 06/05/2016

- Maximum potential short term disability benefits under the plan: **06/05/2016**

**Other Important Information:**
- **Disability Resources**
  - o   AT&T Disability Status Website
  - o   AT&T OneStop

  - o   **viaOne Express:** onestop.web.att.com
  - o   Questions regarding  return  to work processes and supervisory responsibility may be directed to your Employee Relations Manager (ERM)

- **Time Reporting** – For additional information on disability time reporting visit:  Time Reporting Website.  It is important that you verify your employee's time reporting once you receive this notice to ensure pay accuracy.
- **FMLA and/or state family and medical leave** will run concurrently with an approved disability, if the employee is eligible and entitled to FMLA and/or state family and medical leave.  For additional information regarding FMLA and/or state family and medical leave laws contact HROneStop at 1-888-722-1787.

**RESTRICTED PROPRIETARY INFORMATION**

CONFIDENTIAL                                                                                                    DEF0000675

**From:** 250@SedgwickCMS.com
**Sent:** 07/14/2016 08:05:25.474
**To:** ma5101@att.com
**Subject:** IDSC Disability Denial Notice - Claim #B625018632-0001-02/CYNTHIA Y.
ALLEN

**AT&T Integrated Disability Service Center (IDSC)**
**Sedgwick Claims Management Services, Inc.**
**Phone:  1 866 276 2278 Fax: 1 866 299 4151**
**Disability Denial Notice**

**ATTENTION: ma5101@att.com          Date: 07/14/2016**

You are receiving this notice because you have been identified as a person in need of information
regarding the absence of this Employee.  Notices are automatically generated and sent to the
employee's supervisor as listed in Webphone.  If you do not handle disability issues for this
employee, please forward to the appropriate person.  If Webphone is incorrect, update with the
correct supervisory information.

Employee Name: CYNTHIA Y. ALLEN

EmployeeID: ch0738

Employee Job Title: RETAIL SALES CONSULTANT [CWA-MOB]

Employee NCS Date: 12/10/2012

First Day Absent: 05/11/2016

First Day of Disability: 5/11/2016

IDSC Claim #: B625018632-0001-02

*CLAIM STATUS*

**Disability Benefits Denied from 05/11/2016 through 06/05/2016**

| **Reason for Denial** | [ ] | : **Absence did not satisfy 7 day Waiting Period** |
|---|---|---|
| | [ ] | : **Failure to submit medical information** |
| | [ ] | : **Failure to submit additional medical information for review** |
| | x | : **Medical information submitted was not sufficient to support the claim for disability benefits based on the provisions of the Plan** |
| | [ ] | : **Employee not eligible for benefits** |
| | [ ] | : **Performing activities that are inconsistent with his/her disability** |
| | [ ] | : **Traveling without permission** |
| | [ ] | : **Other:** |

WC Approval still in effect:     [ ] Yes          [ ] No     [x] N/A
  • Date claimant contacted regarding the disability benefit denial:____7/14/2016____

CONFIDENTIAL                                                                                                          DEF0000676

**The plan provides an employee one-hundred and eighty (180) days to appeal the disability benefit denial determination.**

- Estimated appeal expiration date:__1/11/2017___

<u>**Action Required:**</u>

- Report/confirm the Employee's return to work (restricted and full duty) to the AT&T Integrated Disability Service Center at 1-866-276-2278.
- Report any corrections to data in this email to the AT&T Integrated Disability Service Center at 1-866-276-2278.

*PAY STATUS*
- **Full Pay**: Full Pay: N/A

- **Partial Pay:** Partial Pay: N/A

- Percentage of Partial Pay:  No **50%**  No **60%**

<u>**Other Important Information:**</u>
- **Disability Resources**
  - AT&T IDSC:  1-866-276-2278
  - AT&T Disability Status Website
  - **viaOne Express:**  onestop.web.att.com
- **Time Reporting** – For additional information on disability time reporting visit:  Time Reporting Website. It is important that you verify your employee's time reporting once you receive this notice to ensure pay accuracy.
- **Denied Disability Process -** For additional information in managing an employee's absence in the event that s/he is denied disability the supervisor may refer to the Denied Disability Process which is located in the section of 'Building and Managing' of AT&T One Stop under *Your Team Matters* (http://ebiz.sbc.com/bronestop/index.cfm?fuseaction=Display&type=ManageTeam). It is recommended that you consult with Human Resources, Labor Relations, and Legal prior to making employment decisions for an employee who has been denied disability benefits.

**RESTRICTED PROPRIETARY INFORMATION**

CONFIDENTIAL                                                                                                    DEF0000677

```
                    ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                    REMOTE CSID              DURATION   PAGES   STATUS
July 11, 2016 2:53:26 PM EDT     yyyy                     154        4       Received
```

2016/07/11 14:50:45   1  /4



**FAX**
TRANSMISSION

To:   918662244627                                    14:47:32

From:   Regina Morris

Subject:   NMR Final Report CYNTHIA ALLEN

**Message:**

Message: Final Report for: B625018632-0001-02



Network Medical Review Co., Ltd.

"An ExamWorks Company"

**Network Medical Review**
4960 E. State St., Rockford, IL 61108
Tel: 815-964-6334
Email: info@nmrco.com
Website: http://www.nmrco.com

*Privileged & Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this*

7/11/2016 12:00:00 AM                        B625018632000102                        5220160711019272

CONFIDENTIAL                                              DEF0000678