# Exhibit 36



# 2015 Attendance Guidelines COR

CONFIDENTIAL
DEF0006439

CONFIDENTIAL                                                                                          DEF0006440

## Course Introduction
### Legal Disclaimer

Throughout these materials, persons who are involved in training are referred to as trainees, instructors, or administrators (also students, conferees, candidates, etc., as appropriate). In addition, personal pronouns are used to refer to trainees, instructors and any other individuals. This was done to improve readability and is in no way intended to discriminate against persons of either gender. Nothing in this material should be construed to indicate any discrimination based on race, color, religion, creed, national origin, sex, age, disability, sexual orientation, gender, gender identity, marital status, citizenship status, military status, veteran status or any other protected characteristic.

Notice: These documents are unpublished works protected by the United States copyright laws and are proprietary to AT&T Intellectual Property. Disclosure, copying, reproduction, merger, translation, modification, enhancement, or use by anyone other than authorized employees or licensees of AT&T companies without the prior written consent of AT&T Intellectual Property is prohibited.

This document has been prepared and distributed pursuant to a strict review process. Under no circumstances should changes be made to this document without first submitting the changes for review to the author.

AT&T Proprietary (Internal Use Only): Not for use or disclosure outside the AT&T companies except under written agreement.

© 2017 AT&T Intellectual Property. All rights reserved. **09/22/17**

All company, product, and service names may be trademarks or registered trademarks of their respective owners.



CONFIDENTIAL                                                                                                            DEF0006441

https://att.lectoraonline.com/app/BN0094/o.trm?id=C99397DEF9CDED91B1F882EABC87D...

Use the **Course Map** to navigate to specific pages in the course.

The **Course Map** displays once you have completed the course content.

Use the **Next** button to advance one page.

Use the **Back** button to move back one page.

Got it!

Use the **Menu** to navigate to **Help, Resources,** or specific lessons in the course.

CONFIDENTIAL

DEF0006442

4/16/2020, 4:21 PM

## Course Introduction
**Course Objectives**

Welcome to the 2015 Attendance Guidelines for COR course!

This acknowledgement allows you to pass a completion record for AT&T Attendance Guidelines to your permanent training history.

Click the button below to review the AT&T Mobility COR Sales Attendance Guidelines for 2015.

**Open Attendance Guidelines**

After you have read the Attendance Guidelines, tap or click "next," below, to continue.





## 2015 Attendance Guidelines COR

### Welcome to Lesson 1

If you would like to review the Attendance Guidelines in the future, you can find it at OneStop.

The Attendance Guidelines are stored at:

Onestop > Time & Attendance > Attendance Guidelines/Policies > Company Owned Retail Sales Attendance Guidelines.







CONFIDENTIAL
DEF0006444



## 2015 Attendance Guidelines COR
**Acknowledgement**

Select the icon below to acknowledge that you have reviewed the 2015 Attendance Guidelines COR training material.



I Acknowledge

# Knowledge Check
## Survey

You will now have an opportunity to complete a survey prior to acknowledging course completion. Select the **Survey** button below to access the online survey.



Survey

## Congratulations 0!

You have successfully completed the 2015 Attendance Guidelines COR training.

Next steps:

1. If you would like to print (or save) a certificate for your records, select the **Print Certificate** icon below.
2. You may check your completion status for this course after exiting.
3. Allow 24–48 hours for your completion status to post to your training completion transcript.
4. Exit the course.



Print Certificate

CONFIDENTIAL
DEF0006447

**AT&T University**

To print or save the Certificate of Completion, close this pop-up message and then do one of the following:

1. Select the **Print** button and choose either Adobe PDF* or an available printer.

or

1. Take a screen capture of the Certificate.
2. Select the **Exit** button to return to the "Congratulations" page and exit the course.

Please allow time for the certificate to print.

*If you are unsure how to save as an Adobe PDF, please search for instructions on the Internet.

4/16/2020

CONFIDENTIAL    DEF0006448

There are no additional resources for this training

CONFIDENTIAL
DEF0006449



## Navigation
To navigate the course, use the buttons located inside the course window.

   

**Menu** – Navigate to lessons within the course.

**Next** – Go to the next screen.

**Resources** – Access links to supplemental resources and related Web sites.

**Student Notes** – Capture notes to be saved in a PDF format.

**Back** – Go to the previous screen.

**Course Map** – Navigate to selected pages within the course. May not be available until all lessons are complete.

**Exit Course** – Close the course.

**Exit Knowledge Check** – Exit the test before completion. If you exit the test before completion, you will not receive a passing score and will have to retake the entire test from the beginning.

**Help** – Access information on course navigation.

## Prompt
The prompt will be displayed at the bottom of the screen and usually appears in blue. If you are not sure what to do next, or if you have completed all the actions on a screen, you should check the prompt for instructions.

## Additional Features
This training program features interactivity on many pages to help keep you engaged in the learning experience. The interactive tools below are designed to prompt you to participate in the training program by offering additional instruction, information, or function.

## Hyperlinks
Hyperlinks (Hotwords) are displayed in blue and underlined. Select the hyperlinked word to get more details.

## Pop-up Windows
Used throughout this course. Clicking on some buttons and links will display content in a separate pop-up window.

CONFIDENTIAL    DEF0006451

https://att.lectoraonline.com/app/BN0094/o.trm?id=C99397DEF9CDED91B1F882EABC87D...

4/16/2020, 4:21 PM

Wireframe – ATTSEQTST
Version - 2.0
Release Date - 03/31/17

14 of 14

CONFIDENTIAL

DEF0006452