IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Cynthia Allen**<br>*individually and on behalf of others similarly situated* **and Kristine Webb**,<br><br>      Plaintiffs,<br>   v.<br><br><br>**AT&T Mobility Services LLC**<br>*also known as* AT&T Mobility LLC<br><br>      Defendant | CIVIL ACTION FILE<br>NO. 1:18-cv-3730-WMR |

## ORDER

The parties attended mediation and this Court has been informed that the case has settled. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement within thirty days. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**SO ORDERED** this 20th day of December, 2022.

*William M. Ray II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE