UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA ALLEN, individually and on behalf of other similarly situated, and KRISTINE WEBB,<br><br>　Plaintiffs,<br><br>AMANDA CURLEE,<br>　Intervenor-Plaintiff<br><br>vs.<br><br>AT&T MOBILITY SERVICES, LLC a/k/a AT&T Mobility LLC.<br>　Defendant. | CIVIL ACTION FILE<br>NO 1:18-cv-03730-WMR |

## J U D G M E N T

This action having come before the Court, Honorable William M. Ray, II, United States District Judge, for consideration of Defendant AT&T Mobility Services, LLC's Motion to Dismiss Amanda Curlee's Complaint-in-Intervention, and the Court having granted said motion, it is

**Ordered and Adjudged** that Amanda Curlee's Complaint-in-Intervention is **DISMISSED**.

Dated at Atlanta, Georgia, this 10th day of October, 2024.

　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　/s/ T. Frazier
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 10, 2024
Kevin P. Weimer
Clerk of Court

By:　/s/ T. Frazier
　　　　Deputy Clerk